Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

LARRY McIVER,
Plaintiff,

vs

please see attached list,
Defendants.

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0132 IEG WMc

FILED
08 JAN 23 PM 3:47
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                    DEPUTY

TO: (Name and Address of Defendant)


YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Lynn Hubbard, III, SBN 69773
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane, Chico, CA 95926
(530) 895-3252

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By R. DELACRUZ , Deputy Clerk

JAN 2 3 2008
DATE

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

## LIST OF DEFENDANTS

1. TARGET CORPORATION dba TARGET #274
2. COST PLUS, INC. dba COST PLUS WORLD MARKET #145
3. FRIT ESCONDIDO PROMENADE, LLC
4. LA SALSA, INC. dba LA SALSA #93
5. APPLEBEE'S RESTAURANTS WEST, LLC dba APPLEBEE'S NEIGHBORHOOD BAR & GRILL #5711
6. TOYS 'R' US – DELAWARE, INC. dba TOYS 'R' US #5633
7. PARTY CITY CORPORATION dba PARTY CITY OF ESCONDIDO #445
8. INLAND WESTERN MDS PORTFOLIO, LLC