```
 1  COOPER, WHITE & COOPER LLP
    MARCY J. BERGMAN (SBN 75826)
 2  MERRIT M. JONES (SBN 209033)
    201 California Street, 17th Floor
 3  San Francisco, California 94111
    Telephone: 415-433-1900
 4  Facsimile:  415-433-5530

 5  Attorneys for Defendant
    COST PLUS, INC.
 6  dba COST PLUS WORLD MARKET #145

 7
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY McIVER,<br><br>            Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION dba TARGET #274; COST PLUS, INC. dba COST PLUS WORLD MARKET #145; FRIT ESCONDIDO PROMENADE, LLC; LA SALSA, INC. dba LA SALSA #93; APPLEBEE'S RESTAURANTS WEST, LLC dba APPLEBEE'S NEIGHBORHOOD BAR & GRILL #5711; TOYS 'R' US – DELAWARE, INC. dba TOYS 'R' US #5633; PARTY CITY CORPORATION dba PARTY CITY OF ESCONDIDO #445; INLAND WESTERN MDS PORTFOLIO, LLC,<br><br>            Defendants. | Case No. 08 CV 0132 IEG WMG<br><br><u>JOINT MOTION FOR ORDER EXTENDING TIME TO FILE RESPONSE TO COMPLAINT</u> |

///
///
///
///
///

594857.1                                     1

COOPER, WHITE &
COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO 94111

JOINT MOTION FOR ORDER EXTENDING TIME TO FILE RESPONSE TO COMPLAINT
Case No. '08 CV 0132 IEG WMG

Counsel for plaintiff LARRY McIVER ("Plaintiff") and Defendant COST PLUS, INC. dba COST PLUS WORLD MARKET #145 ("Cost Plus") hereby move that Cost Plus shall have an additional twenty-one days, through March 11, 2008, in which to file a response to Plaintiff's Complaint, pursuant to the attached [Proposed] Order.

Dated: February 11, 2008

COOPER, WHITE & COOPER LLP
MARCY J. BERGMAN
MERRIT M. JONES

By: /s/ Merrit M. Jones

Attorneys for Defendant
COST PLUS, INC. dba COST PLUS
WORLD MARKET #145

Dated: February __, 2008

DISABLED ADVOCACY GROUP, APLC
LYNN HUBBARD, III
SCOTTLYNN J. HUBBARD, IV

By: [signature]

Attorneys for Plaintiff LARRY McIVER

594857.1

2

JOINT MOTION FOR ORDER EXTENDING TIME TO FILE RESPONSE TO COMPLAINT
Case No. '08 CV 0132 IEG WMG

COOPER, WHITE &
COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO 94111