| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| LYNN HUBBARD, III, Bar #69773<br>12 WILLIAMSBURG LANE<br>CHICO, CA 95926<br>Telephone No: 530 895-3252    FAX No: 530 894-8244 | | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>KAINA | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court Southern District Of California |

| Plaintiff: LARRY MCIVER |
|---|
| Defendant: TARGET CORPORATION |

| PROOF OF SERVICE<br>S&C USDC | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CV0132IEGWMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT;

3. a. Party served:           COST PLUS, INC. DBA COAST PLUS WORLD MARKET #145
   b. Person served:         MARGARET WILSON-PROCESS CLERK AND PERSON AUTHORIZED TO ACCEPT SERVICE OF PROCESS.

4. Address where the party was served:    CT CORPORATION
                                           818 WEST 7TH STREET
                                           LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jan. 30, 2008 (2) at: 12:45PM

7. *Person Who Served Papers:*
   a. RICH WILSON C.C.P.S.

   HANSEN'S GUARANTEED PROCESS CO.
   8607 IMPERIAL HWY. SUITE #206
   DOWNEY, CA 90242
   (562)904-9460, FAX (562)904-9462
   gary@hansensguaranteed.com
   www.hansensguaranteed.com

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $15.00
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.: 5613
      (iii) County: Los Angeles
      (iv) Expiration Date: Fri, Oct. 09, 2009

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Thu, Jan. 31, 2008

Judicial Council Form                   PROOF OF SERVICE                      (RICH WILSON C.C.P.S.)
Rule 982.9.(a)&(b) Rev January 1, 2007      S&C USDC                                                 3252.17059