| Attorney or Party without Attorney:<br>LYNN HUBBARD, III, Bar #69773<br>12 WILLIAMSBURG LANE<br>CHICO, CA  95926<br>Telephone No: 530 895-3252    FAX No: 530 894-8244 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | | Ref. No. or File No.:<br>KAINA | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Southern District Of California | | | | |
| Plaintiff: LARRY MCIVER | | | | |
| Defendant: TARGET CORPORATION | | | | |
| **PROOF OF SERVICE**<br>**S&C USDC** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CV0132IEGWMC |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT;

3. a. Party served:    TARGET CORPORATION DBA TARGET #274
   b. Person served:    MARGARET WILSON-PROCESS CLERK AND PERSON AUTHORIZED TO ACCEPT SERVICE OF PROCESS.

4. Address where the party was served:    CT CORPORATION
   818 WEST 7TH STREET
   LOS ANGELES, CA  90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jan. 30, 2008 (2) at: 12:45PM

7. *Person Who Served Papers:*      Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RICH WILSON C.C.P.S.      d. *The Fee for Service was:*    $15.00



HANSEN'S GUARANTEED PROCESS CO.
8607 IMPERIAL HWY. SUITE #206
DOWNEY, CA  90242
(562)904-9460, FAX (562)904-9462
gary@hansensguaranteed.com
www.hansensguaranteed.com

e. I am: (3) registered California process server
   (i) Owner
   (ii) Registration No.:    5613
   (iii) County:    Los Angeles
   (iv) Expiration Date:    Fri, Oct. 09, 2009

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Thu, Jan. 31, 2008                                                     (RICH WILSON C.C.P.S.)

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007             PROOF OF SERVICE
                                                   S&C USDC                              3252.17057