| | | For Court Use Only |
|---|---|---|
| *Attorney or Party without Attorney:*<br>LYNN HUBBARD, III, Bar #69773<br>12 WILLIAMSBURG LANE<br>CHICO, CA 95926<br>*Telephone No:* 530 895-3252   *FAX No:* 530 894-8244 | | |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>KAINA | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court Southern District Of California | | |
| *Plaintiff:* LARRY MCIVER | | |
| *Defendant:* TARGET CORPORATION | | |
| **PROOF OF SERVICE**<br>**S&C USDC** | *Hearing Date:*    *Time:*    *Dept/Div:* | *Case Number:*<br>08CV0132IEGWMC |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT;

3. a. Party served:           INLAND WESTERN MDS PORTFOLIO, LLC
   b. Person served:          MARGARET WILSON-PROCESS CLERK AND PERSON AUTHORIZED TO ACCEPT SERVICE OF PROCESS.

4. Address where the party was served:   CT CORPORATION
                                          818 WEST 7TH STREET
                                          LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jan. 30, 2008 (2) at: 12:45PM

7. *Person Who Served Papers:*                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RICH WILSON C.C.P.S.                            d. **The Fee** for Service was:  $15.00

   HANSEN'S GUARANTEED PROCESS CO.                    e. I am: (3) registered California process server
   8607 IMPERIAL HWY. SUITE #206                         (i)   Owner
   DOWNEY, CA 90242                                      (ii)  Registration No.:   5613
   (562)904-9460, FAX (562)904-9462                      (iii) County:             Los Angeles
   gary@hansensguaranteed.com                            (iv)  Expiration Date:    Fri, Oct. 09, 2009
   www.hansensguaranteed.com



8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Thu, Jan. 31, 2008

   Judicial Council Form                PROOF OF SERVICE          (RICH WILSON C.C.P.S.)      3252.17058
   Rule 982.9.(a)&(b) Rev January 1, 2007      S&C USDC