| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| LYNN HUBBARD, III, Bar #69773<br>12 WILLIAMSBURG LANE<br>CHICO, CA 95926<br>Telephone No: 530 895-3252   FAX No: 530 894-8244 | | | | |
| Attorney for: Plaintiff | | Ref. No. or File No.:<br>KAINA | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Southern District Of California | | | | |
| Plaintiff: LARRY MCIVER | | | | |
| Defendant: TARGET CORPORATION | | | | |
| **PROOF OF SERVICE**<br>**S&C USDC** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CV0132IEGWMC |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT;

3. a. Party served:  PARK CITY CORPORATION DBA PARTY CITY OF ESCONDIDO #445
   b. Person served: MARGARET WILSON-PROCESS CLERK AND PERSON AUTHORIZED TO ACCEPT SERVICE OF PROCESS.

4. Address where the party was served:  CT CORPORATION
   818 WEST 7TH STREET
   LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jan. 30, 2008 (2) at: 12:45PM

7. **Person Who Served Papers:**                                             Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RICH WILSON C.C.P.S.                        d. **The Fee** for Service was:  $15.00

   
   HANSEN'S GUARANTEED PROCESS CO.        e. I am: (3) registered California process server
   8607 IMPERIAL HWY. SUITE #206
   DOWNEY, CA 90242                                      (i)  Owner
   (562)904-9460, FAX (562)904-9462              (ii) Registration No.:     5613
   gary@hansensguaranteed.com                    (iii) County:              Los Angeles
   www.hansensguaranteed.com                     (iv) Expiration Date:      Fri, Oct. 09, 2009

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Thu, Jan. 31, 2008

   Judicial Council Form                          PROOF OF SERVICE                    (RICH WILSON C.C.P.S.)
   Rule 982.9.(a)&(b) Rev January 1, 2007         S&C USDC                                                    3252.17056