1  George E. Fleming, State Bar No. 065804
   **BAKER & McKENZIE LLP**
2  12544 High Bluff Drive, Third Floor
   San Diego, CA 92130-3051
3  Telephone: +1 858 523 6200
   Facsimile: +1 858 259 8290
4  Email: george.e.fleming@bakernet.com

5  Attorneys for Defendant
   Applebee's Restaurants West, LLC dba Applebee's
6  Neighborhood Bar & Grill #5711

7

8                  UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  Larry McIver, | Case No. 08 CV 0132 IEG WMc |
| 11      Plaintiff, | **NOTICE OF APPEARANCE** |
| 12      v. | Judge: Hon. Irma E. Gonzalez |
| 13  TARGET CORPORATION, dba TARGET #274; COST PLUS, INC., dba COST PLUS WORLD MARKET #145; FRIT ESCONDIDO PROMENADE, LLC; LA SALSA, INC., dba LA SALSA #93; APPLEBEE'S RESTAURANTS WEST, LLC, dba APPLEBEE'S NEIGHBORHOOD BAR & GRILL #5711; TOYS 'R' US -- DELAWARE, INC., dba TOYS 'R' US #5633; PARTY CITY CORPORATION, dba PARTY CITY OF ESCONDIDO #445; INLAND WESTERN MDS PORTFOLIO, LLC, | |
|     Defendants. | |

28

1

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

SDODMS1/685879.1
2/11/08

Case No 08 CV 0132 IEG WMc
NOTICE OF APPEARANCE

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that George E. Fleming, of Baker & McKenzie LLP (California State Bar No. 065804) will be appearing as counsel of record in this lawsuit. Copies of all pleadings that are e-filed in this matter should be copied to Ms. Fleming at george.e.fleming@bakernet.com.

Dated: February 11, 2008

BAKER & McKENZIE LLP

By: s/George E. Fleming
Attorneys for Defendant
Applebee's Restaurants West, LLC dba
Applebee's Neighborhood Bar & Grill
#5711
Email: george.e.fleming@bakernet.com

Baker & McKenzie LLP
San Diego

SDODMS1/685879.1
2/11/08

2

Case No 08 CV 0132 IEG WMc
NOTICE OF APPEARANCE