1   George E. Fleming, State Bar No. 065804
**BAKER & McKENZIE LLP**
2   12544 High Bluff Drive, Third Floor
San Diego, CA  92130-3051
3   Telephone:  +1 858 523 6200
Facsimile:  +1 858 259 8290
4   Email:          george.e.fleming@bakernet.com

5   Attorneys for Defendant
Applebee's Restaurants West, LLC dba Applebee's
6   Neighborhood Bar & Grill #5711

7   Lynn Hubbard, III, State Bar No. 69773
Scottlynn J. Hubbard, IV, State Bar No. 212970
8   **DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
9   Chico, CA  95926
Telephone:     +1 530 895 3252
10  Facsimile:     +1 530 894 8244
Email: usdcsouth@hubslaw.com
11
Attorneys for Plaintiff
12  Larry McIver

13

14                    UNITED STATES DISTRICT COURT

15                  SOUTHERN DISTRICT OF CALIFORNIA

16  | Larry McIver, | **Case No.  08 CV 0132 IEG WMc** |
17  | Plaintiff, | **DECLARATION OF SERVICE** |
18  | v. | **Judge:     Hon. Irma E. Gonzalez** |
19  | TARGET CORPORATION, dba TARGET #274; COST PLUS, INC., dba COST PLUS | |
20  | WORLD MARKET #145; FRIT ESCONDIDO PROMENADE, LLC; LA SALSA, INC., dba | |
21  | LA SALSA #93; APPLEBEE'S RESTAURANTS WEST, LLC, dba | |
22  | APPLEBEE'S NEIGHBORHOOD BAR & GRILL #5711; TOYS 'R' US -- DELAWARE, | |
23  | INC., dba TOYS 'R' US #5633; PARTY CITY CORPORATION, dba PARTY CITY OF | |
24  | ESCONDIDO #445; INLAND WESTERN MDS PORTFOLIO, LLC, | |
25  | | |
26  | Defendants. | |

27

28
                                            1

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA  92130
+1 858 523 6200

SDODMS1/685876.1
2/11/08

Case No 08 CV 0132 IEG WMc
DECLARATION OF SERVICE

1    I, Cristina L. Conroy, declare as follows:

2

3           I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, State of California, where the mailing occurs; and my business address is **BAKER & McKENZIE LLP, 12544 High Bluff Drive, Third Floor, San Diego, California**

4    **92130, 858-523-6200.**

5           On February 11, 2008, I served a copy of the within document(s):

6    **JOINT MOTION TO EXTEND THE TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT**

7

8    on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

9         Lynn Hubbard               Attorneys for Plaintiff
     Scottlynn Hubbard          DIANE CROSS

10        Disabled Advocacy Group, APLC
     12 Williamsburg Lane

11        Chico, CA  95926

12        Telephone:    +1 530 895 3252
     Facsimile:    +1 530 894 8244

13        Email: usdcsouth@hubslaw.com

14

15   ☐   (BY U.S. MAIL)  I placed each such sealed, prepaid envelope, for collection and mailing at Baker & McKenzie LLP, San Diego, California, following ordinary business practices. I am familiar with the practice of collection for U.S. mail, said practice being that in the ordinary

16   course of business, correspondence is picked up at our office the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if

17   postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit –

18

19   ☐   (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the addressee(s) above Diversified Legal Services, Inc., 4665 Park Boulevard, San Diego, CA

20   92116, (619) 260-8224. The actual Declaration of Personal Service shall be filed upon its receipt within the applicable statutory deadline.

21   ☐   (BY HAND-DELIVERY)  I delivered by hand each sealed envelope to the addressee(s) above.

22

23   ☐   (BY FEDERAL EXPRESS) I placed each such sealed envelope, to be collected at Baker & McKenzie LLP, San Diego, California, following ordinary business practices. I am familiar with the practice of Baker & McKenzie LLP for collection and processing of

24   overnight packages, said practice being that in the ordinary course of business, overnight packages are picked up by a representative of that company to be sent that same day. –

25

26   ☐   (BY FACSIMILE) I caused such document to be sent via facsimile to the above listed names and facsimile numbers and received confirmed transmission reports indicating that this document was successfully transmitted to the parties named above. –

27

28   ☐   (BY E-MAIL VIA PDF/ADOBE) I emailed such document(s) via pdf to the email addresses posted above. A print-out of my email transmission is attached to this Proof of Service. –

2

Baker & McKenzie LLP
San Diego

SDODMS1/685876.1
2/11/08

Case No 08 CV 0132 IEG WMc
DECLARATION OF SERVICE

1    ☒    **Service performed via E-Filing with United States District Court, Southern District. A true and correct copy of the Court's confirmation of filing is attached to the Declaration of Service.**

2

3      I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on February 11, 2008, at San Diego, California.

4

5

6

7      Cristina L. Conroy

     E-mail: cristina.l.conroy@bakernet.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Baker & McKenzie LLP
San Diego

SDODMS1/685876.1
2/11/08

Case No 08 CV 0132 IEG WMc
DECLARATION OF SERVICE