# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY MCIVER,<br><br>                          Plaintiff,<br>  vs.<br><br>TARGET CORPORATION, COST PLUS, INC., FRIT ESCONDIDO PROMENADE, LLC, LA SALSA, INC., APPLEBEE'S RESTAURANTS WEST, LLC, TOYS 'R' US - DELAWARE, INC., PARTY CITY CORPORATION, AND INLAND WESTERN MDS PORTFOLIO, LLC,<br><br>                        Defendants. | CASE NO. 08cv132<br><br>ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT COST PLUS, INC. TO RESPOND TO THE COMPLAINT<br><br>[Doc. No. 3.] |

     Presently before the court is a joint motion to extend the time for Defendant Cost Plus, Inc. to respond to the complaint. For good cause appearing, the Court hereby GRANTS the joint motion. Cost Plus, Inc. shall have an additional twenty-one days, through March 11, 2008, in which to file a response to Plaintiff's Complaint.

**IT IS SO ORDERED.**

**DATED: February 12, 2008**

                                                          *(signature)*
                                                  **IRMA E. GONZALEZ, Chief Judge**
                                                  **United States District Court**