1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10  Larry McIver,                                    **Case No.  08 CV 0132 IEG WMc**

11          Plaintiff,                               **ORDER EXTENDING THE TIME FOR DEFENDANT APPLEBEE'S RESTAURANTS WEST, LLC TO RESPOND TO THE COMPLAINT**

12          v.

13  TARGET CORPORATION, dba TARGET #274; COST PLUS, INC., dba COST PLUS WORLD MARKET #145; FRIT ESCONDIDO PROMENADE, LLC; LA SALSA, INC., dba LA SALSA #93; APPLEBEE'S RESTAURANTS WEST, LLC, dba APPLEBEE'S NEIGHBORHOOD BAR & GRILL #5711; TOYS 'R' US -- DELAWARE, INC., dba TOYS 'R' US #5633; PARTY CITY CORPORATION, dba PARTY CITY OF ESCONDIDO #445; INLAND WESTERN MDS PORTFOLIO, LLC,

                                                    **Judge:    Hon. Irma E. Gonzalez**

        Defendants.

21

22   Defendant, Applebee's Restaurants West, LLC dba Applebee's Neighborhood Bar & Grill

23   #5711 ("Applebee's"), and Plaintiff, Larry McIver ("Plaintiff") have submitted a Joint Motion For

24   An Order Extending The Period Within Which Applebee's Must File A Response To The Complaint

25   on file herein an additional fourteen (14) days (the "Joint Motion").  After review of the papers

26   submitted and consideration of the facts contained therein,

27          IT IS THE ORDER of this Court that the parties' Joint Motion be, and it hereby is **granted.**

28   ///

1

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA  92130
+1 858 523 6200

SDODMS1/685787.1
2/7/08

Case No 08 CV 0132 IEG WMc
ORDER

IT IS FURTHER ORDERED that the response of Applebee's to the Complaint on file herein filed by Plaintiff must now be filed no later than **March 4, 2008.**

IT IS SO ORDERED.

Dated: February 12, 2008

_____
HONORABLE IRMA E. GONZALEZ
JUDGE OF THE UNITED STATES SOUTHERN DISTRICT COURT

2

Baker & McKenzie LLP
San Diego

SDODMS1/685787.1
2/7/08

Case No 08 CV 0132 IEG WMc
ORDER