1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11   LARRY McIVER, | Civil Action No. 08 CV 0132 IEG WMc |
| 12           Plaintiff, | |
| 13      vs. | ORDER EXTENDING THE TIME FOR DEFENDANT FRIT ESCONDIDO PROMENADE, LLC TO FILE RESPONSIVE PLEADING |
| 14   TARGET CORPORATION dba TARGET #274; COST PLUS, INC. dba COST PLUS WORLD MARKET #145; FRIT ESCONDIDO PROMENADE, LLC; LA SALSA, INC. dba LA SALSA #93; APPLEBEE'S RESTAURANTS WEST, LLC dba APPLEBEE'S NEIGHBORHOOD BAR & GRILL #5711; TOYS 'R' US - DELAWARE, INC. dba TOYS 'R' US #5633; PARTY CITY CORPORATION dba PARTY CITY OF ESCONDIDO #445; INLAND WESTERN MDS PORTFOLIO, LLC, | Hon. Irma E. Gonzalez |
| |   Defendants. | |

24    Defendant, FRIT Escondido Promenade, LLC ("Defendant") and Plaintiff, Larry

25 McIver ("Plaintiff") HAVE SUBMITTED a Joint Motion For Extension Of Time To File

26 Responsive Pleading to Plaintiff's Complaint on file for an additional thirty (30) days, from

27 February 19, 2008 to March 20, 2008. After review of the papers submitted and

28 consideration of the facts contained therein:

600528785v1                          - 1 -

1  IT IS THE ORDER of this Court that the parties' Joint Motion be, and is hereby
2  granted.
3  IT IS FURTHER ORDERED that the responsive pleading of FRIT ESCONDIDO
4  PROMENDADE, LLC to the Plaintiff's Complaint on file herein is now due to be filed no
5  later than March 20, 2008.
6
7  DATED: February 15, 2008
8  _____
   HON. IRMA E. GONZALEZ, Chief Judge
9  United States District Court
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28