1  DAVID F. FAUSTMAN, State Bar No. 081862
2  dfaustman@foxrothschild.com
   LYNNE M. HOOK, State Bar No. 169064
3  lhook@foxrothschild.com
4  FOX ROTHSCHILD LLP
   1801 Century Park East, Suite 1420
5  Los Angeles, CA 90067
6  Tel:  310.556.8786
   Fax:  310.843.9910
7
8  Attorneys for Defendant
   PARTY CITY CORPORATION
9

10              UNITED STATES DISTRICT COURT
11           FOR THE SOUTHERN DISTRICT OF CALIFORNIA
12

| LARRY McIVER, | Case No. 08 CV 0132 IEG WMg |
|---|---|
| Plaintiff, | **JOINT MOTION TO EXTEND TIME FOR DEFENDANT PARTY CITY CORPORATION TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| TARGET CORPORATION dba TARGET #274; COST PLUS, INC. dba COST PLUS WORLD MARKET #145; FRIT ESCONDIDO PROMENADE, LLC; LA SALSA, INC. dba LA SALSA #93; APPLEBEE'S RESTAURANTS WEST, LLC dba APPLEBEE'S NEIGHBORHOOD BAR & GRILL #5711; TOYS 'R' US – DELAWARE, INC. dba TOYS 'R' US #5633; PARTY CITY CORPORATION dba PARTY CITY OF ESCONDIDO #445; INLAND WESTERN MDS PORTOFOLIO, LLC, | |
| Defendants. | |

1
JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT
WC1 23041v1 02/19/08

With the joint consent of Plaintiff, Larry McIver, Defendant Party City Corporation ("Defendant"), by and through their counsel, Fox Rothschild LLP, hereby submit this motion for an extension of time to respond to Plaintiff's Complaint in the within matter and in support thereof aver as follows:

1.  Defendant's counsel has contacted counsel for Plaintiff with regard to the instant motion and Plaintiff's counsel has agreed to join in the request for an extension of time for Defendant to respond to Plaintiff's complaint. Specifically, the parties agree to extend the due date for the responsive pleading to March 10, 2008.

2.  This matter was commenced on or about January 23, 2008 by the filing of a complaint in the United States District Court for the Southern District of California.

3.  This matter was served on Defendant Party City Corporation on or about January 31, 2008.

4.  The request to extend the time to respond to the Complaint was made because counsel for Defendant Party City did not receive the Complaint in sufficient time to conduct an investigation into the allegations contained in the Complaint in order to prepare a response thereto.

5.  Due to these circumstances, in a telephone conversation with Plaintiff's counsel's office on February 14, 2008, counsel for Plaintiff granted Defendant additional time to respond to the Complaint.

WHEREFORE, Defendant and Plaintiff respectfully request that this Court extend the time for Defendant Party City Corporation to respond to the Complaint to March 10, 2008.

Dated: February 19, 2008

Respectfully submitted,
FOX ROTHSCHILD LLP

_____
LYNNE M. HOOK
Attorneys for Defendant
Party City Corporation

DISABLED ADVOCACY GROUP

_____
Attorneys for Plaintiff
Larry McIver

WHEREFORE, Defendant and Plaintiff respectfully request that this Court extend the time for Defendant Party City Corporation to respond to the Complaint to March 10, 2008.

Dated: February 19, 2008

Respectfully submitted,
FOX ROTHSCHILD LLP

LYNNE M. HOOK
Attorneys for Defendant
Party City Corporation

DISABLED ADVOCACY GROUP

Attorneys for Plaintiff
Larry McIver