1  GREENBERG TRAURIG, LLP
   GREGORY F. HURLEY (SBN 126791)
2  EUDEEN Y. CHANG (SBN 212117)
   3161 Michelson Drive, Suite 1000
3  Irvine, California 92612
   Telephone: (949) 732-6500
4  Facsimile:  (949) 732-6501
   Email: HurleyG@GTLaw.com
5          ChangEu@GTLaw.com
   Attorneys for Defendant
6  INLAND WESTERN MDS PORTFOLIO, LLC

7

8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  LARRY McIVER,                          CASE NO. 08 CV 0132 IEG (WMc)

12           Plaintiff,

13       vs.                               **INLAND WESTERN MDS PORTFOLIO, LLC'S FRCP 7.1 DISCLOSURE STATEMENT**

14  TARGET CORPORATION dba TARGET
    #274; COST PLUS, INC. dba COST PLUS
15  WORLD MARKET #145; LA SALSA,
    INC. dba LA SALSA #93; APPLEBEE'S
16  RESTAURANTS WEST, LLC dba
    APPLEBEE'S NEIGHBORHOOD BAR &
17  GRILL #5711; TOYS 'R' US -
    DELAWARE, INC. dba TOYS 'R' US
18  #5633; PARTY CITY CORPORATION
    dba PARTY CITY OF ESCONDIDO #445;
19  INLAND WESTERN MDS PORTFOLIO,
    LLC,
20
             Defendants.
21

22

23

24

25

26

27

28

Defendant INLAND WESTERN MDS PORTFOLIO, LLC hereby submits the following Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1:

Inland Western MDS Portfolio, LLC is wholly owned by Inland Western Retail Real Estate Trust, Inc., a Maryland Corporation.

DATED: February 19, 2008                     GREENBERG TRAURIG, LLP


                                             By:   /s/ Eudeen Y. Chang
                                                   GREGORY F. HURLEY
                                                   EUDEEN Y. CHANG
                                                   Attorneys for INLAND WESTERN MDS
                                                   PORTFOLIO, LLC

1

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **3161 Michelson Drive, Suite 1000, Irvine, CA 92612.**

On the below date, I served the **DEFENDANTS' FRCP 7.1 DISCLOSURE STATEMENT** with the Clerk of the United States District Court for the Southern District of California, using the CM/ECF System. The Court's CM/ECF System will send an email notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

**On all parties identified for Notice of Electronic Filing generated
by the Court's CM/ECF system under the above-referenced case caption**

☒ **(BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM)**
In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

☒ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 19, 2008, at Irvine, California.

/s/Eudeen Y. Chang
EUDEEN Y. CHANG

Proof of Service   Case No. 08-CV-0132 IEG (WMc)
*OC286,225,357v1 016671.101900*