1  GREENBERG TRAURIG, LLP
   GREGORY F. HURLEY (SBN 126791)
2  EUDEEN Y. CHANG (SBN 212117)
   3161 Michelson Drive, Suite 1000
3  Irvine, California 92612
   Telephone: (949) 732-6500
4  Facsimile:  (949) 732-6501
   Email: HurleyG@GTLaw.com
5         ChangEu@GTLaw.com
   Attorneys for Defendant
6  INLAND WESTERN MDS PORTFOLIO, LLC

7

8                  **UNITED STATES DISTRICT COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  LARRY McIVER,                              CASE NO. 08 CV 0132 IEG (WMc)

12           Plaintiff,

13           vs.                              **INLAND WESTERN MDS PORTFOLIO,**
                                              **LLC'S NOTICE OF PARTY WITH**
14  TARGET CORPORATION dba TARGET             **FINANCIAL INTEREST**
    #274; COST PLUS, INC. dba COST PLUS       **Local Rule 40.2**
15  WORLD MARKET #145; LA SALSA,
    INC. dba LA SALSA #93; APPLEBEE'S
16  RESTAURANTS WEST, LLC dba
    APPLEBEE'S NEIGHBORHOOD BAR &
17  GRILL #5711; TOYS 'R' US -
    DELAWARE, INC. dba TOYS 'R' US
18  #5633; PARTY CITY CORPORATION
    dba PARTY CITY OF ESCONDIDO #445;
19  INLAND WESTERN MDS PORTFOLIO,
    LLC,
20
             Defendants.
21

22

23

24

25

26

27

28

---

*OC286,225,327v1 016671.101900*

1   The undersigned, counsel of record for Defendant INLAND WESTERN MDS PORTFOLIO,

2   LLC, certifies that the following listed parties are known to counsel to have a direct, pecuniary interest

3   in the outcome of this case:

4       1.   Larry McIver                          Plaintiff

5       2.   Lynn Hubbard, Esq.                     Plaintiff's Counsel

6       3.   Inland Western MDS Portfolio, LLC      Defendant

7       4.   Inland Western Retail Estate Trust, Inc.,

8            a Maryland Corporation                 Parent Corporation to Defendant

9

10  DATED:  February 19, 2008               GREENBERG TRAURIG, LLP

11

12                                By:    /s/ Eudeen Y. Chang
                                         GREGORY F. HURLEY
13                                       EUDEEN Y. CHANG
                                         Attorneys for INLAND WESTERN MDS
14                                       PORTFOLIO, LLC

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

Notice of Party with Financial Interest                    Case No. 08-CV-0132 IEG (WMc)
OC286,225,327v1 016671.101900

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **3161 Michelson Drive, Suite 1000, Irvine, CA 92612.**

On the below date, I served the **NOTICE OF PARTY WITH FINANCIAL INTEREST** with the Clerk of the United States District Court for the Southern District of California, using the CM/ECF System. The Court's CM/ECF System will send an email notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

**On all parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above-referenced case caption**

☒ **(BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM)**
In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

☒ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 19, 2008, at Irvine, California.

/s/Eudeen Y. Chang
EUDEEN Y. CHANG

Proof of Service
OC286,225,327v1 016671.101900

Case No. 08-CV-0132 IEG (WMc)