Henry L. Sanchez (SBN176878)
JACKSON LEWIS, LLP
725 South Figueroa Street, Suite 2500
Los Angeles, California  90017-5408
Telephone:  (213) 689-0404
Facsimile:  (213) 689-0430
sanchezh@jacksonlewis.com

Attorneys for Defendant
TOYS 'R' US – DELAWARE, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY McIVER,<br><br>                    Plaintiff,<br><br>          vs.<br><br>TARGET CORPORATION dba TARGET #274; COST PLUS, INC. dba COST PLUS WORLD MARKET #145; FRIT ESCONDIDO PROMENADE, LLC; LA SALSA, INC. dba LA SALSA #93; APPLEBEE'S RESTAURANTS WEST, LLC dba APPLEBEE'S NEIGHBORHOOD BAR & GRILL #5711; TOYS 'R' US - DELAWARE, INC. dba TOYS 'R' US #5633; PARTY CITY CORPORATION dba PARTY CITY OF ESCONDID0#445; INLAND WESTERN MDS PORTFOLIO, LLC<br><br>                    Defendants.<br>_____ | **CASE NO.:  08 CV 0132 IEG (WMc)**<br><br>[Assigned for all purposes to the Honorable Irma E. Gonzalez]<br><br>**DEFENDANT TOYS 'R' US – DELAWARE, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST** |

/ / /

/ / /

/ / /

/ / /

1    Pursuant to Local Rule 40.2, and Fed.R.Civ.P Rule 7.1, the undersigned counsel of

2    record for Defendant Toys 'R' Us – Delaware, Inc. dba Toys 'R' Us ("Defendant")

3    hereby confirms as follows:

4        1.    Defendant is owned by parent corporation Toys 'R' Us Holdings, Inc.

5        2.    Vornado Realty Trust, a publicly traded company, owns more than 10% of

6    Toys 'R' Us Holdings, Inc.'s stock.

7

8    Dated:  February 19, 2008              JACKSON LEWIS LLP

9

10

11                                          By:   /s/Henry L. Sanchez

12                                          Henry L. Sanchez

13                                          Attorneys for Defendant
                                            TOYS 'R' US – DELAWARE, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

**UNITED STATE DISTRICT COURT – SOUTHERN DISTRICT OF CALIFORNIA**

**CASE NAME:    LARRY McIVER vs. TOYS 'R' US – DELAWARE, INC.**

**CASE NUMBER: 08 CV 0132 IEG (WMc)**

I am employed in the County of LOS ANGELES, State of California.  I am over the age of 18 and not a party to the within action; my business address is: 725 South Figueroa Street, Suite 2500, Los Angeles, California 90017-5408

On February 19, 2008, I served the foregoing document(s) described as:

**DEFENDANT TOYS 'R' US – DELAWARE, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST**

in this action by placing a true copy thereof in a sealed envelope addressed as follows:

Lynn Hubbard, III
Scottlynn J. Hubbard, IV
**DISABLED ADVOCACY GROUP**
12 Williamsburg Lane
Chico, CA  95926

Telephone:   (530) 895-3252
Facsimile:   (530) 894-8244

Attorneys for Plaintiff
LARRY McIVER

**[XX]  BY NOTICE OF ELECTRONIC FILING:**

The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

**[XX]  FEDERAL**  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 19, 2008 at Los Angeles, California.

_____
               /S/
**Veronica C. Gamba**

CASE NO.: 08 CV 0132 IEG (WMc)          3          DEFENDANT TOYS 'R' US – DELAWARE,
                                                   INC.'S NOTICE OF PARTY WITH
                                                   FINANCIAL INTEREST