UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY McIVER,<br><br>                 Plaintiff,<br><br>    vs.<br><br>TARGET CORPORATION dba TARGET #274; PARTY CITY CORPORATION dba PARTY CITY OF ESCONDIDO #445, et al.<br><br>                 Defendants. | Case No. 08 CV 0132 IEG WMc<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Upon consideration of the Joint Motion to Extend Time for Defendant Party City Corporation to Respond to Plaintiff's Complaint and finding that good cause exists, it is ORDERED that the Joint Motion be and is hereby GRANTED.

Defendant shall have up to and including March 10, 2008 within which to file a response to Plaintiff's Complaint.

Dated February 20, 2008

*/s/ Irma E. Gonzalez*
IRMA E. GONZALEZ, Chief Judge
United States District Court

1

WC1 23042v1 02/19/08