GREENBERG TRAURIG, LLP
GREGORY F. HURLEY (SBN 126791)
EUDEEN Y. CHANG (SBN 211721)
3161 Michelson Drive, Suite 1000
Irvine, California 92612
Telephone: (949) 732-6500
Facsimile: (949) 732-6501
Email: HurleyG@GTLaw.com
         ChangEu@GTLaw.com
Attorneys for Defendant
INLAND WESTERN MDS PORTFOLIO, LLC

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY McIVER,<br><br>          Plaintiff,<br><br>          vs.<br><br>TARGET CORPORATION dba TARGET #274; COST PLUS, INC. dba COST PLUS WORLD MARKET #145; LA SALSA, INC. dba LA SALSA #93; APPLEBEE'S RESTAURANTS WEST, LLC dba APPLEBEE'S NEIGHBORHOOD BAR & GRILL #5711; TOYS 'R' US - DELAWARE, INC. dba TOYS 'R' US #5633; PARTY CITY CORPORATION dba PARTY CITY OF ESCONDIDO #445; INLAND WESTERN MDS PORTFOLIO, LLC,<br><br>          Defendants. | CASE NO. 08 CV 0132 IEG (WMc)<br><br>**INLAND WESTERN MDS PORTFOLIO, LLC'S FRCP 7.1 DISCLOSURE STATEMENT** |

1    Defendant INLAND WESTERN MDS PORTFOLIO, LLC hereby submits the following

2 Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1:

3    Inland Western MDS Portfolio, LLC is wholly owned by Inland Western Retail Real Estate

4 Trust, Inc., a Maryland Corporation.

5

6 DATED: February 19, 2008                    GREENBERG TRAURIG, LLP

7

8                                    By:    /s/ Eudeen Y. Chang

9                                           GREGORY F. HURLEY
                                            EUDEEN Y. CHANG
10                                          Attorneys for INLAND WESTERN MDS
                                            PORTFOLIO, LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

     I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **3161 Michelson Drive, Suite 1000, Irvine, CA 92612.**

     On the below date, I served the **DEFENDANTS' FRCP 7.1 DISCLOSURE STATEMENT** with the Clerk of the United States District Court for the Southern District of California, using the CM/ECF System.  The Court's CM/ECF System will send an email notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

**On all parties identified for Notice of Electronic Filing generated
by the Court's CM/ECF system under the above-referenced case caption**

☒   **(BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM)**
    In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

☒   **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

     Executed on February 21, 2008, at Irvine, California.

                    /s/Eudeen Y. Chang
                    EUDEEN Y. CHANG

Proof of Service
OC286,226,160v1 016671.101900

Case No. 08-CV-0132 IEG (WMc)