1  George E. Fleming, State Bar No. 065804
   **BAKER & McKENZIE LLP**
2  12544 High Bluff Drive, Third Floor
   San Diego, CA  92130-3051
3  Telephone: +1 858 523 6200
   Facsimile:  +1 858 259 8290
4  Email:        george.e.fleming@bakernet.com

5  Attorneys for Defendant
   Applebee's Restaurants West, LLC dba Applebee's
6  Neighborhood Bar & Grill #5711

7  Lynn Hubbard, III, State Bar No. 69773
   Scottlynn J. Hubbard, IV, State Bar No. 212970
8  **DISABLED ADVOCACY GROUP, APLC**
   12 Williamsburg Lane
9  Chico, CA  95926
   Telephone:    +1 530 895 3252
10 Facsimile:     +1 530 894 8244
   Email: usdcsouth@hubslaw.com
11
   Attorneys for Plaintiff
12 Larry McIver

13

14                     UNITED STATES DISTRICT COURT

15                     SOUTHERN DISTRICT OF CALIFORNIA

16 | Larry McIver, | **Case No.  08 CV 0132 IEG WMc** |
|---|---|
17 | Plaintiff, | **JOINT MOTION TO EXTEND THE TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT** |
18 | v. | |
19 | TARGET CORPORATION, dba TARGET #274; COST PLUS, INC., dba COST PLUS WORLD MARKET #145; FRIT ESCONDIDO PROMENADE, LLC; LA SALSA, INC., dba LA SALSA #93; APPLEBEE'S RESTAURANTS WEST, LLC, dba APPLEBEE'S NEIGHBORHOOD BAR & GRILL #5711; TOYS 'R' US -- DELAWARE, INC., dba TOYS 'R' US #5633; PARTY CITY CORPORATION, dba PARTY CITY OF ESCONDIDO #445; INLAND WESTERN MDS PORTFOLIO, LLC, | **Judge:   Hon. Irma E. Gonzalez** |
| Defendants. | |

27      Defendant, Applebee's Restaurants West, LLC dba Applebee's Neighborhood Bar & Grill

28 #5711 ("Applebee's"), and Plaintiff, Larry McIver("Plaintiff") hereby file this Joint Motion to

1

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA  92130
+1 858 523 6200

SDODMS1/686686.1
3/4/08

Case No 08 CV 0132 IEG WMc
JOINT MOTION RE EXTENSION OF TIME

extend the period within which Applebee's must file a response to the Complaint on file herein an additional twenty (20) days **(March 24, 2008)**. This Joint Motion is made with reference to the following facts:

- On January 23, 2008, Plaintiff filed a 72-page Complaint naming, amongst other Defendants, Applebee's.
- Applebee's was personally served with the Complaint on January 29, 2008. Given the 20th day fell on a court holiday, February 18, 2008, Applebee's response due date was Tuesday, February 19, 2008.
- On February 11, 2008, counsel for Plaintiff and Applebee's filed a Joint Motion requesting an extension up to and including March 4, 2008 for Applebee's file its first responsive pleading. Such extension was granted by the Court on February 12, 2008.
- Good cause exists for an extension of time because Applebee's needs additional time to investigate adequately the claims alleged in this matter, as well as all potential defenses and/or counterclaims to those claims, and the parties require additional time to discuss possible settlement of claims.
- Plaintiff does not oppose and has agreed to Applebee's request that it may have through to and including **March 24, 2008,** to answer or otherwise respond to Plaintiff's Complaint.

NOW THEREFORE, these moving parties respectfully request that this Court approve and enter an order in this matter as follows:

> That the Court grant Applebee's an additional twenty (20) days from March 4, 2008 **(March 24, 2008)**, within which to respond to Plaintiff's Complaint on file herein.

///
///
///
///
///
///

2

Baker & McKenzie LLP
San Diego

SDODMS1/686686.1
3/4/08

Case No 08 CV 0132 IEG WMc
JOINT MOTION RE EXTENSION OF TIME

1  WHEREFORE, these moving parties respectfully request that the Court approve this Joint
2  Motion and issue the proposed order which has been sent electronically to this Court's chambers.

Dated:  March 4, 2008                          **BAKER & McKENZIE LLP**


By:s/George E. Fleming
   Attorneys for Defendant
   Applebee's Restaurants West, LLC dba
   Applebee's Neighborhood Bar & Grill
   #5711
   E-mail: george.e.fleming@bakernet.com


Dated:  March 4, 2008                          **DISABLED ADVOCACY GROUP, APLC**


By:s/Lynn Hubbard, III
   Attorneys for Plaintiff
   Larry McIver
   Email:      usdcsouth@hubslaw.com

Baker & McKenzie LLP
San Diego

3

Case No 08 CV 0132 IEG WMc
JOINT MOTION RE EXTENSION OF TIME

SDODMS1/686686.1
3/4/08