1  George E. Fleming, State Bar No. 065804
**BAKER & McKENZIE LLP**
2  12544 High Bluff Drive, Third Floor
San Diego, CA 92130-3051
3  Telephone: +1 858 523 6200
Facsimile: +1 858 259 8290
4  Email:    george.e.fleming@bakernet.com

5  Attorneys for Defendant
Applebee's Restaurants West, LLC dba Applebee's
6  Neighborhood Bar & Grill #5711

7  Lynn Hubbard, III, State Bar No. 69773
Scottlynn J. Hubbard, IV, State Bar No. 212970
8  **DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
9  Chico, CA 95926
Telephone:    +1 530 895 3252
10 Facsimile:    +1 530 894 8244
Email: usdcsouth@hubslaw.com
11
Attorneys for Plaintiff
12 Larry McIver

13

14              UNITED STATES DISTRICT COURT

15              SOUTHERN DISTRICT OF CALIFORNIA

16 Larry McIver,                                 | Case No.  08 CV 0132 IEG WMc

17       Plaintiff,                              | **DECLARATION OF SERVICE**

18       v.                                      | Judge:   Hon. Irma E. Gonzalez

19 TARGET CORPORATION, dba TARGET
#274; COST PLUS, INC., dba COST PLUS
20 WORLD MARKET #145; FRIT ESCONDIDO
PROMENADE, LLC; LA SALSA, INC., dba
21 LA SALSA #93; APPLEBEE'S
RESTAURANTS WEST, LLC, dba
22 APPLEBEE'S NEIGHBORHOOD BAR &
GRILL #5711; TOYS 'R' US -- DELAWARE,
23 INC., dba TOYS 'R' US #5633; PARTY CITY
CORPORATION, dba PARTY CITY OF
24 ESCONDIDO #445; INLAND WESTERN
MDS PORTFOLIO, LLC,
25
       Defendants.
26

27

28                         1

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

SDODMS1/686730.1
3/4/08

Case No 08 CV 0132 IEG WMc
DECLARATION OF SERVICE

1  I, Cristina L. Conroy, declare as follows:

2

3  I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, State of California, where the mailing occurs; and my business address is **BAKER & McKENZIE LLP, 12544 High Bluff Drive, Third Floor, San Diego, California 92130, 858-523-6200.**

4

5  On March 4, 2008, I served a copy of the within document(s):

6  **JOINT MOTION TO EXTEND THE TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT**

7

8  on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Lynn Hubbard<br>Scottlynn Hubbard<br>Disabled Advocacy Group, APLC<br>12 Williamsburg Lane<br>Chico, CA 95926<br>Telephone: +1 530 895 3252<br>Facsimile: +1 530 894 8244<br>Email: usdcsouth@hubslaw.com | Attorneys for Plaintiff<br>LARRY McIVER |
| Gregory F. Hurley, Esq.<br>Eudeen Y. Chang, Esq.<br>Greenberg Traurig, LLP<br>3161 Michelson Drive, #1000<br>Irvine, CA 92612<br>Telephone: +1 949 732 6500<br>Facsimile: +1 949 732 6501<br>Email: HurleyG@GTLaw.com<br>Email: ChangEu@GTLaw.com | Attorneys for Defendant<br>INLAND WESTERN MDS PORTFOLIO, LLC |
| Henry L. Sanchez<br>Jackson Lewis, LLP<br>725 South Figueroa Street, Suite 2500<br>Los Angeles, CA 90017-5408<br>Telephone: +1 213 689 0404<br>Facsimile: +1 213 689 0430<br>Email: sanchezh@jacksonlewis.com | Attorneys for TOYS 'R' US – DELAWARE, INC. |

Baker & McKenzie LLP
San Diego

2

SDODMS1/686730.1
3/4/08

Case No 08 CV 0132 IEG WMc
DECLARATION OF SERVICE

| | | |
|---|---|---|
| 1 | David F. Faustman | Attorneys for Defendant |
| 2 | Lynne M. Hook | PARTY CITY CORPORATION |
| | Fox Rothschild LLP | |
| 3 | 1801 Century Park East, Suite 1420 | |
| | Los Angeles, CA 90067 | |
| 4 | Telephone:   +1 310 556 8786 | |
| | Facsimile:   +1 310 843 9910 | |
| 5 | Email: dfaustman@foxrothschild.com | |
| 6 | Email: lhook@foxrothschild.com | |
| | | |
| 7 | Richard M. Segal | Attorneys for Defendant FRIT |
| | Stefan Teichert | ESCONDIDO PROMENADE, LLC |
| 8 | 501 West Broadway, Suite 1100 | |
| | San Diego, CA 92101-3575 | |
| 9 | Telephone:   +1 619 234 5000 | |
| 10 | Facsimile:   +1 619 236 1995 | |

11  ☐ (BY U.S. MAIL) I placed each such sealed, prepaid envelope, for collection and mailing at Baker & McKenzie LLP, San Diego, California, following ordinary business practices. I am familiar with the practice of collection for U.S. mail, said practice being that in the ordinary course of business, correspondence is picked up at our office the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit –

☐ (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the addressee(s) above Diversified Legal Services, Inc., 4665 Park Boulevard, San Diego, CA 92116, (619) 260-8224. The actual Declaration of Personal Service shall be filed upon its receipt within the applicable statutory deadline.

☐ (BY HAND-DELIVERY) I delivered by hand each sealed envelope to the addressee(s) above.

☐ (BY FEDERAL EXPRESS) I placed each such sealed envelope, to be collected at Baker & McKenzie LLP, San Diego, California, following ordinary business practices. I am familiar with the practice of Baker & McKenzie LLP for collection and processing of overnight packages, said practice being that in the ordinary course of business, overnight packages are picked up by a representative of that company to be sent that same day. –

☐ (BY FACSIMILE) I caused such document to be sent via facsimile to the above listed names and facsimile numbers and received confirmed transmission reports indicating that this document was successfully transmitted to the parties named above. –

☐ (BY E-MAIL VIA PDF/ADOBE) I emailed such document(s) via pdf to the email addresses posted above. A print-out of my email transmission is attached to this Proof of Service. –

☒ **Service performed via E-Filing with United States District Court, Southern District. A true and correct copy of the Court's confirmation of filing is attached to the Declaration of Service.**

Baker & McKenzie LLP
San Diego

SDODMS1/686730.1
3/4/08

3

Case No 08 CV 0132 IEG WMc
DECLARATION OF SERVICE

1  I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on March 4, 2008, at San Diego, California.

Cristina L. Conroy
E-mail: cristina.l.conroy@bakernet.com

Baker & McKenzie LLP
San Diego

SDODMS1/686730.1
3/4/08

4

Case No 08 CV 0132 IEG WMc
DECLARATION OF SERVICE