1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Larry McIver,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TARGET CORPORATION, dba TARGET #274; COST PLUS, INC., dba COST PLUS WORLD MARKET #145; FRIT ESCONDIDO PROMENADE, LLC; LA SALSA, INC., dba LA SALSA #93; APPLEBEE'S RESTAURANTS WEST, LLC, dba APPLEBEE'S NEIGHBORHOOD BAR & GRILL #5711; TOYS 'R' US -- DELAWARE, INC., dba TOYS 'R' US #5633; PARTY CITY CORPORATION, dba PARTY CITY OF ESCONDIDO #445; INLAND WESTERN MDS PORTFOLIO, LLC,<br><br>　　　　Defendants. | **Case No.  08 CV 0132 IEG WMc**<br><br>**ORDER EXTENDING THE TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT**<br><br>**Judge:** 　Hon. Irma E. Gonzalez |

　　Defendant, Applebee's Restaurants West, LLC dba Applebee's Neighborhood Bar & Grill #5711 ("Applebee's"), and Plaintiff, Larry McIver ("Plaintiff") have submitted a Joint Motion For An Order Extending The Period Within Which Applebee's Must File A Response To The Complaint on file herein an additional twenty (20) days (the "Joint Motion").  After review of the papers submitted and consideration of the facts contained therein,

　　IT IS THE ORDER of this Court that the parties' Joint Motion be, and it hereby is **granted.**

///

1

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA  92130
+1 858 523 6200

SDODMS1/686687.1
3/4/08

Case No 08 CV 0132 IEG WMc
ORDER

1    IT IS FURTHER ORDERED that the response of Applebee's to the Complaint on file herein
2 filed by Plaintiff must now be filed no later than **March 24, 2008.**
3    IT IS SO ORDERED.

5 Dated: March 5, 2008

HONORABLE IRMA E. GONZALEZ
JUDGE OF THE UNITED STATES SOUTHERN
DISTRICT COURT

2

Baker & McKenzie LLP
San Diego

SDODMS1/686687.1
3/4/08

Case No 08 CV 0132 IEG WMc
ORDER