1  SCHLICHTER & SHONACK, LLP
   STEVEN C. SHONACK, (CA SBN 173395)
2  KURT ANDREW SCHLICHTER, (CA SBN 172385)
   3601 Aviation Boulevard, Suite 2700
3  Manhattan Beach, CA 90266
   Telephone: (310) 643-0111
4  Fax: (310) 643-1638
   scs@sandsattorneys.com
5  kas@sandsattorneys.com

6  Attorneys for Defendant FRIT
   ESCONDIDO PROMENADE, LLC
7
                UNITED STATES DISTRICT COURT
8
                SOUTHERN DISTRICT OF CALIFORNIA
9

10 LARRY MCIVER,                      ) USDC No. 08 CV 0132 IEG WMc
                                      )
11      Plaintiff,                    )
                                      )
12                                    ) **DEFENDANT FRIT ESCONDIDO**
                                      ) **PROMENADE, LLC'S**
13                                    ) **SUBSTITUTION OF ATTORNEY**
        v.                            ) **OF RECORD**
14                                    )
                                      )
15 TARGET CORPORATION dba             )
   TARGET #274; COST PLUS, INC. dba   )
16 COST PLUS WORLD MARKET #145;       )
17 FRIT ESCONDIDO PROMENADE,          )
   LLC; LA SALSA, INC. dba LA SALSA   )
18 #93; APPLEBEE'S RESTAURANTS        )
19 WEST, LLC dba APPLEBEE'S           )
   NEIGHBORHOOD BAR & GRILL           )
20 #5711; TOYS 'R' US – DELAWARE,     )
21 INC. dba TOYS 'R' US #5633; PARTY  )
   CITY CORPORATION dba PARTY         )
22 CITY OF ESCONDIDO #445;            )
23 INLAND WESTERN MDS                 )
   PORTFOLIO, LLC,                    )
24                                    )
25      Defendants.                   )
                                      )
26
27
28
                                      1                        08 CV 0132 IEG WMc

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

Please take notice that Defendant FRIT ESCONDIDO PROMENADE, LLC ("Defendant"), currently represented in this action by Stefan Erik Teichert, Esq., of Pillsbury Winthrop Shaw Pittman LLP, hereby substitute the following counsel as attorneys of record for all purposes in this action:

>	SCHLICHTER & SHONACK, LLP
>	STEVEN C. SHONACK, (CA SBN 173395)
>	KURT ANDREW SCHLICHTER, (CA SBN 172385)
>	3601 Aviation Boulevard, Suite 2700
>	Manhattan Beach, CA 90266
>	Telephone: (310) 643-0111
>	Fax: (310) 643-1638
>	scs@sandsattorneys.com
>	kas@sandsattorneys.com

I consent to this substitution.

Dated: 3/5/08

By: _____
Deborah A. Colson, Senior Vice President-Legal Operations

Defendant FRIT ESCONDIDO PROMENADE, LLC, a California limited liability company, by its managing member, FEDERAL REALTY INVESTMENT TRUST, a Maryland real estate investment trust, which will do business in the State of California as FRIT

2                                              08 CV 0132 IEG WMc

DEFENDANT FRIT ESCONDIDO PROMENADE, LLC'S
SUBSTITUTION OF ATTORNEY OF RECORD

Dated: 3/6/08

PILLSBURY WINTHROP SHAW
PITTMAN LLP (prior counsel)

By: _____
Stefan Erik Teichert, Esq.

Dated: 3/6/08

SCHLICHTER & SHONACK LLP

By: _____
Steven C. Shonack, Esq.