1  SCHLICHTER & SHONACK, LLP
   STEVEN C. SHONACK, (CA SBN 173395)
2  KURT ANDREW SCHLICHTER, (CA SBN 172385)
   3601 Aviation Boulevard, Suite 2700
3  Manhattan Beach, CA 90266
   Telephone: (310) 643-0111
4  Fax: (310) 643-1638
   scs@sandsattorneys.com
5  kas@sandsattorneys.com

6  Attorneys for Defendant FRIT
   ESCONDIDO PROMENADE, LLC
7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 LARRY MCIVER,                    ) USDC No. 08 CV 0132 IEG WMc
                                    )
12     Plaintiff,                   )
                                    )
13                                  ) **CERTIFICATE OF SERVICE OF**
                                    ) **DEFENDANT FRIT ESCONDIDO**
14     v.                           ) **PROMENADE, LLC'S**
                                    ) **SUBSTITUTION OF ATTORNEY**
15                                  ) **OF RECORD**
   TARGET CORPORATION dba           )
16 TARGET #274; COST PLUS, INC. dba )
17 COST PLUS WORLD MARKET #145;     )
   FRIT ESCONDIDO PROMENADE,        )
18 LLC; LA SALSA, INC. dba LA SALSA )
19 #93; APPLEBEE'S RESTAURANTS      )
   WEST, LLC dba APPLEBEE'S         )
20 NEIGHBORHOOD BAR & GRILL         )
21 #5711; TOYS 'R' US – DELAWARE,   )
   INC. dba TOYS 'R' US #5633; PARTY)
22 CITY CORPORATION dba PARTY       )
23 CITY OF ESCONDIDO #445;          )
   INLAND WESTERN MDS               )
24 PORTFOLIO, LLC,                  )
25                                  )
26     Defendants.                  )
                                    )
27 _____

28
                                    1                    08 CV 0132 IEG WMc
   CERTIFICATE OF SERVICE OF DEFENDANT FRIT ESCONDIDO
   PROMENADE, LLC'S SUBSTITUTION OF ATTORNEY OF RECORD

1                                 <u>PROOF OF SERVICE</u>

2 State of California    )
3                             ) SS.
4 County of Los Angeles  )

5       I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 3601 Aviation Boulevard, Suite 2700, Manhattan Beach, California 90266.

      On the date below, I served the foregoing documents described as **DEFENDANT FRIT ESCONDIDO PROMENADE, LLC'S SUBSTITUTION OF ATTORNEY OF RECORD** on all interested parties in this action as follows:

                            **PLEASE SEE ATTACHED SERVICE LIST**

      Pursuant to Local Rule, I electronically filed the document with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

      Executed on March 7, 2008, at Manhattan Beach, California.

                                              <u>/s/ - Steven C. Shonack</u>
                                                STEVEN C. SHONACK

# SERVICE LIST
McIver v. Target Corporation, et al.
*USDC Case No. 08 CV 0132 IEG WMc*

| | |
|---|---|
| **Lynn Hubbard, III**<br>Disabled Advocacy Group, APLC<br>12 Williamsburg Lane<br>Chico, CA 95926<br>(530)895-3252<br>(530)894-8244 (fax)<br>usdcso@hubslaw.com | Attorneys for Plaintiff<br>Larry McIver |
| **George E Fleming**<br>Baker and Mackenzie<br>101 West Broadway<br>Suite 1200<br>San Diego, CA 92101-8213<br>(619)236-1441<br>(619)236-0429 (fax)<br>george.e.fleming@bakernet.com | Attorneys for Defendant<br>Applebee's Restaurants West, LLC |
| **Gregory Francis Hurley**<br>Greenberg Traurig<br>3161 Michelson Drive<br>Suite 1000<br>Irvine, CA 92612<br>949-732-6500<br>949-732-6501 (fax)<br>hurleyg@gtlaw.com | Attorneys for Defendant<br>Inland Western MDS Portfolio, LLC |
| **Merrit M Jones**<br>Cooper White and Cooper<br>201 California Street<br>17th Floor<br>San Francisco, CA 94111<br>(415)433-1900<br>mjones@cwclaw.com | Attorneys for Defendant<br>Cost Plus, Inc. |

CERTIFICATE OF SERVICE OF DEFENDANT FRIT ESCONDIDO
PROMENADE, LLC'S SUBSTITUTION OF ATTORNEY OF RECORD

| | | |
|---|---|---|
| 1 | **Henry L Sanchez** | Attorneys for Defendant |
| 2 | JACKSON LEWIS LLP | Toys 'R' Us - Delaware, Inc. |
|   | 725 South Figueroa Street | |
| 3 | Suite 2500 | |
| 4 | Los Angeles, CA 90017-5419 | |
|   | (213)689-0404 | |
| 5 | sanchezh@jacksonlewis.com | |
| 6 | | |
| 7 | | |
|   | **Stefan Erik Teichert** | Prior Attorneys for Defendant |
| 8 | Pillsbury Winthrop Shaw Pittman | FRIT Escondido Promenade, LLC |
| 9 | 101 West Broadway | |
|   | Suite 1800 | |
| 10 | San Diego, CA 92101-8219 | |
| 11 | (619)234-5000 | |
|    | (619)236-1995 (fax) | |
| 12 | stefan.teichert@pillsburylaw.com | |

4                                                                 08 CV 0132 IEG WMc

CERTIFICATE OF SERVICE OF DEFENDANT FRIT ESCONDIDO
PROMENADE, LLC'S SUBSTITUTION OF ATTORNEY OF RECORD