1  DAVID F. FAUSTMAN, State Bar No. 081862
2  dfaustman@foxrothschild.com
   LYNNE M. HOOK, State Bar No. 169064
3  lhook@foxrothschild.com
4  FOX ROTHSCHILD LLP
   1801 Century Park East, Suite 1420
5  Los Angeles, CA  90067
   Tel:   310.556.8786
6  Fax:   310.843.9910
7
8  Attorneys for Defendant
   PARTY CITY CORPORATION
9

10                UNITED STATES DISTRICT COURT
11            FOR THE SOUTHERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| LARRY McIVER, | Case No. 08 CV 0132 IEG WMg |
| Plaintiff, | **DEFENDANT PARTY CITY CORPORATION'S NOTICE OF PARTY WITH FINANCIAL INTEREST** |
| vs. | |
| TARGET CORPORATION dba TARGET #274; COST PLUS, INC. dba COST PLUS WORLD MARKET #145; FRIT ESCONDIDO PROMENADE, LLC; LA SALSA, INC. dba LA SALSA #93; APPLEBEE'S RESTAURANTS WEST, LLC dba APPLEBEE'S NEIGHBORHOOD BAR & GRILL #5711; TOYS 'R' US – DELAWARE, INC. dba TOYS 'R' US #5633; PARTY CITY CORPORATION dba PARTY CITY OF ESCONDIDO #445; INLAND WESTERN MDS PORTOFOLIO, LLC, | |
| Defendants. | |

1
NOTICE OF PARTY WITH FINANCIAL INTEREST
WC1 23951v1 03/07/08

Pursuant to Local Rule 40.2, the undersigned, counsel of record for Defendant Party City Corporation (erroneously sued as "PARTY CITY CORPORATION dba PARTY CITY OF ESCONDIDO") ("Defendant PCC") hereby identifies the following parent corporations and any publicly held company that owns 10% or more of Defendant PCC's stock:

1.  Defendant PCC's parent corporation is Amscan Holdings, Inc. ("AHI"). Defendant further provides notice that AHI is a Delaware corporation.

Dated: March 7, 2008

                                  Respectfully submitted,

                                  FOX ROTHSCHILD LLP

                                  <u>s/ David F. Faustman</u>
                                  DAVID F. FAUSTMAN
                                  Attorneys for Defendant
                                  Party City Corporation