1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY MCIVER, | ) USDC No. 08 CV 0132 IEG WMc |
| | ) |
| Plaintiff, | ) |
| | ) **ORDER ON SUBSTITUTION FOR** |
| | ) **ATTORNEY OF RECORD FOR** |
| v. | ) **DEFENDANT FRIT ESCONDIDO** |
| | ) **PROMENADE, LLC** |
| TARGET CORPORATION dba | ) |
| TARGET #274; COST PLUS, INC. dba | ) |
| COST PLUS WORLD MARKET #145; | ) |
| FRIT ESCONDIDO PROMENADE, | ) |
| LLC; LA SALSA, INC. dba LA SALSA | ) |
| #93; APPLEBEE'S RESTAURANTS | ) |
| WEST, LLC dba APPLEBEE'S | ) |
| NEIGHBORHOOD BAR & GRILL | ) |
| #5711; TOYS 'R' US – DELAWARE, | ) |
| INC. dba TOYS 'R' US #5633; PARTY | ) |
| CITY CORPORATION dba PARTY | ) |
| CITY OF ESCONDIDO #445; | ) |
| INLAND WESTERN MDS | ) |
| PORTFOLIO, LLC, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

1                                                            08 CV 0132 IEG WMc
ORDER ON SUBSTITUTION FOR ATTORNEY OF RECORD FOR
DEFENDANT FRIT ESCONDIDO PROMENADE, LLC

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

Defendant FRIT ESCONDIDO PROMENADE, LLC ("Defendant") has submitted a request to substitute its attorney of record in this action. After review of the papers submitted and consideration of the facts contained therein, and good cause appearing therefor, the Court orders as follows:

The request for substitution of attorney is GRANTED. Defendant FRIT ESCONDIDO PROMENADE, LLC, shall henceforth be represented in this action for all purposes by the following attorneys of record:

> STEVEN C. SHONACK (CA SBN 173395)
> scs@sandsattorneys.com
> KURT ANDREW SCHLICHTER (CA SBN 172385)
> kas@sandsattorneys.com
> SCHLICHTER & SHONACK, LLP
> 3601 Aviation Boulevard, Suite 2700
> Manhattan Beach, CA 90266
> Telephone: (310) 643-0111
> Fax: (310) 643-1638

IT IS SO ORDERED.

Dated: March 7, 2008

_____
Hon. Irma E. Gonzalez, Chief Judge
Judge of the United States District Court