1  SCHLICHTER & SHONACK, LLP
   STEVEN C. SHONACK, (CA SBN 173395)
2  KURT ANDREW SCHLICHTER, (CA SBN 172385)
   MARY E. NEIFERT, (CA SBN 237062)
3  3601 Aviation Boulevard, Suite 2700
   Manhattan Beach, CA 90266
4  Telephone: (310) 643-0111
   Fax: (310) 643-1638
5  scs@sandsattorneys.com
   kas@sandsattorneys.com
6
   Attorneys for Defendant FRIT
7  ESCONDIDO PROMENADE, LLC

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 | LARRY MCIVER,                              ) USDC No. 08 CV 0132 IEG WMc
   |                                            ) Complaint Filed: January 23, 2008
12 |       Plaintiff,                           )
   |                                            ) **DEFENDANT FRIT ESCONDIDO**
13 |                                            ) **PROMENADE, LLC'S NOTICE OF**
14 |       v.                                   ) **MOTION AND MOTION TO**
   |                                            ) **DISMISS STATE LAW CLAIMS**
15 |                                            ) **AND DECLINE SUPPLEMENTAL**
16 | TARGET CORPORATION dba                     ) **JURISDICTION [28 U.S.C. § 1367]**
   | TARGET #274; COST PLUS, INC. dba           )
17 | COST PLUS WORLD MARKET #145;               )
   | FRIT ESCONDIDO PROMENADE,                  )
18 | LLC; LA SALSA, INC. dba LA SALSA           )
19 | #93; APPLEBEE'S RESTAURANTS                )
   | WEST, LLC dba APPLEBEE'S                   )
20 | NEIGHBORHOOD BAR & GRILL                   )
21 | #5711; TOYS 'R' US – DELAWARE,             )
   | INC. dba TOYS 'R' US #5633; PARTY          )
22 | CITY CORPORATION dba PARTY                 ) Date:       April 28, 2008
23 | CITY OF ESCONDIDO #445;                    ) Time:       10:30 a.m.
   | INLAND WESTERN MDS                         ) Courtroom:  1
24 | PORTFOLIO, LLC,                            ) Judge:      Hon. Irma E. Gonzalez
25 |                                            )
26 |       Defendants.                          )
27 |                                            )

28                                     1                         08 CV 0132 IEG WMc
   DEFENDANT FRIT ESCONDIDO PROMENADE, LLC'S NOTICE OF
   MOTION AND MOTION TO DISMISS STATE LAW CLAIMS AND DECLINE
                  SUPPLEMENTAL JURISDICTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE THAT Defendant FRIT ESCONDIDO PROMENADE, LLC ("Defendant"), at the hour of 10:30 a.m. on April 28, 2008, in Courtroom 1 of the above-entitled court located at 940 Front Street San Diego, CA 92101-8900, shall move the Court for an order dismissing the state law claims asserted against Defendant in this action and declining supplemental jurisdiction over said claims pursuant to FRCP 12(b)(1) and 28 U.S.C. § 1367.

This Motion is made on the grounds that the Court should decline to exercise supplemental jurisdiction over the state law claims asserted by Plaintiff in this action, alleging violations of the California Disabled Persons Act, the Unruh Civil Rights Act, and the California Health & Safety Code, and should dismiss said claims, because they present a novel and complex issue of state law that should be determined by the courts of the State of California.

This Motion is based upon this notice, the concurrently filed memorandum of points and authorities, the concurrently filed proposed order, all documents and pleadings on file with the Court in this matter, and upon such oral and documentary evidence as may be presented at the hearing of this motion, if any.

Dated:  March 13, 2008           SCHLICHTER & SHONACK, LLP


                                  /s/ - Steven C. Shonack
                                 By:  KURT A. SCHLICHTER
                                      STEVEN C. SHONACK
                                 Attorneys for Defendant FRIT
                                 ESCONDIDO PROMENADE, LLC

# MOTION TO DISMISS STATE LAW CLAIMS AND DECLINE SUPPLEMENTAL JURISDICTION

Defendant FRIT ESCONDIDO PROMENADE, LLC ("Defendant"), by counsel, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1367, hereby requests that the Court decline to exercise supplemental jurisdiction over the following claims asserted against this moving Defendant, and moves for an order dismissing the following claims from the action as asserted against FRIT ESCONDIDO PROMENADE, LLC:

1. The Thirtieth Claim under the Disabled Persons Act (Section XXXV of the Complaint, at ¶¶ 342-348),

2. The Thirty-First Claim under the Unruh Civil Rights Act (Section XXXVI of the Complaint, ¶¶ 349-356),

3. The Thirty-Second Claim for Denial of Full and Equal Access to Public Facilities (Section XXXVII of the Complaint, ¶¶ 357-361), and

4. Any and all state law claims under the Disabled Persons Act, the Unruh Civil Rights Act, and/or for Denial of Full and Equal Access to Public Facilities as asserted in this action, to the extent that such claims are intended to apply, may apply, or actually apply, to FRIT ESCONDIDO PROMENADE, LLC.

Dated:  March 13, 2008                SCHLICHTER & SHONACK, LLP

                                                             /s/ - Steven C. Shonack
                                           By:  KURT A. SCHLICHTER
                                                  STEVEN C. SHONACK
                                         Attorneys for Defendant FRIT
                                         ESCONDIDO PROMENADE, LLC

DEFENDANT FRIT ESCONDIDO PROMENADE, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS STATE LAW CLAIMS AND DECLINE SUPPLEMENTAL JURISDICTION