SCHLICHTER & SHONACK, LLP
STEVEN C. SHONACK, (CA SBN 173395)
KURT ANDREW SCHLICHTER, (CA SBN 172385)
MARY E. NEIFERT, (CA SBN 237062)
3601 Aviation Boulevard, Suite 2700
Manhattan Beach, CA 90266
Telephone: (310) 643-0111
Fax: (310) 643-1638
scs@sandsattorneys.com
kas@sandsattorneys.com

Attorneys for Defendant FRIT
ESCONDIDO PROMENADE, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY MCIVER,<br><br>    Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION dba TARGET #274; COST PLUS, INC. dba COST PLUS WORLD MARKET #145; FRIT ESCONDIDO PROMENADE, LLC; LA SALSA, INC. dba LA SALSA #93; APPLEBEE'S RESTAURANTS WEST, LLC dba APPLEBEE'S NEIGHBORHOOD BAR & GRILL #5711; TOYS 'R' US – DELAWARE, INC. dba TOYS 'R' US #5633; PARTY CITY CORPORATION dba PARTY CITY OF ESCONDIDO #445; INLAND WESTERN MDS PORTFOLIO, LLC,<br><br>    Defendants. | USDC No. 08 CV 0132 IEG WMc<br>Complaint Filed: January 23, 2008<br><br>**CERTIFICATE OF SERVICE OF DEFENDANT FRIT ESCONDIDO PROMENADE, LLC'S MOTION TO DISMISS STATE LAW CLAIMS AND DECLINE SUPPLEMENTAL JURISDICTION [28 U.S.C. § 1367]**<br><br>**[SERVICE VIA ECF AND SERVICE BY MAIL]**<br><br>Date:         April 28, 2008<br>Time:        10:30 a.m.<br>Courtroom:  1<br>Judge:       Hon. Irma E. Gonzalez |

1                                                                                                 08 CV 0132 IEG WMc
CERTIFICATE OF SERVICE OF DEFENDANT FRIT ESCONDIDO
PROMENADE, LLC'S MOTION TO DISMISS STATE LAW CLAIMS AND
DECLINE SUPPLEMENTAL JURISDICTION

<u>PROOF OF SERVICE – ECF SERVICE</u>

State of California      )
                                    ) SS.
County of Los Angeles )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 3601 Aviation Boulevard, Suite 2700, Manhattan Beach, California 90266.

    On the date below, I served the foregoing documents described as

**1.     DEFENDANT FRIT ESCONDIDO PROMENADE, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS STATE LAW CLAIMS AND DECLINE SUPPLEMENTAL JURISDICTION [28 U.S.C. § 1367]**

**2.     DEFENDANT FRIT ESCONDIDO PROMENADE, LLC'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS STATE LAW CLAIMS AND DECLINE SUPPLEMENTAL JURISDICTION [28 U.S.C. § 1367]**

**3.     ORDER ON DEFENDANT FRIT ESCONDIDO PROMENADE, LLC'S MOTION TO DISMISS STATE LAW CLAIMS AND DECLINE SUPPLEMENTAL JURISDICTION** (via email only)

on all interested parties in this action as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

    Pursuant to Local Rule, I electronically filed the document with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

    Executed on March 14, 2008, at Manhattan Beach, California.

                                              /s/ - Steven C. Shonack
                                              STEVEN C. SHONACK

# SERVICE LIST
McIver v. Target Corporation, et al.
*USDC Case No. 08 CV 0132 IEG WMc*

| | |
|---|---|
| **Lynn Hubbard, III**<br>Disabled Advocacy Group, APLC<br>12 Williamsburg Lane<br>Chico, CA 95926<br>(530)895-3252<br>(530)894-8244 (fax)<br>usdcso@hubslaw.com | Attorneys for Plaintiff<br>Larry McIver |
| **George E Fleming**<br>Baker and Mackenzie<br>101 West Broadway<br>Suite 1200<br>San Diego, CA 92101-8213<br>(619)236-1441<br>(619)236-0429 (fax)<br>george.e.fleming@bakernet.com | Attorneys for Defendant<br>Applebee's Restaurants West, LLC |
| **Gregory Francis Hurley**<br>Greenberg Traurig<br>3161 Michelson Drive<br>Suite 1000<br>Irvine, CA 92612<br>949-732-6500<br>949-732-6501 (fax)<br>hurleyg@gtlaw.com | Attorneys for Defendant<br>Inland Western MDS Portfolio, LLC |
| **Merrit M Jones**<br>Cooper White and Cooper<br>201 California Street<br>17th Floor<br>San Francisco, CA 94111<br>(415)433-1900<br>mjones@cwclaw.com | Attorneys for Defendant<br>Cost Plus, Inc. |

CERTIFICATE OF SERVICE OF DEFENDANT FRIT ESCONDIDO PROMENADE, LLC'S MOTION TO DISMISS STATE LAW CLAIMS AND DECLINE SUPPLEMENTAL JURISDICTION

| | | |
|---|---|---|
| 1 | **Henry L Sanchez** | Attorneys for Defendant |
| 2 | Jackson Lewis LLP | Toys 'R' Us - Delaware, Inc. |
|   | 725 South Figueroa Street | |
| 3 | Suite 2500 | |
| 4 | Los Angeles, CA 90017-5419 | |
|   | (213)689-0404 | |
| 5 | sanchezh@jacksonlewis.com | |
| 6 | | |
| 7 | **David F Faustman** | Attorneys for Defendant |
|   | Fox Rothschild LLP | Party City Corporation |
| 8 | 1801 Century Park East | |
| 9 | Suite 1420 | |
|   | Los Angeles, CA 90067 | |
| 10 | (310)556-8756 | |
| 11 | Fax: (310)843-9910 | |
|   | dfaustman@foxrothschild.com | |

4    08 CV 0132 IEG WMc

CERTIFICATE OF SERVICE OF DEFENDANT FRIT ESCONDIDO PROMENADE, LLC'S MOTION TO DISMISS STATE LAW CLAIMS AND DECLINE SUPPLEMENTAL JURISDICTION

<u>PROOF OF SERVICE – MAIL SERVICE</u>

State of California         )
                            ) SS.
County of Los Angeles       )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 3601 Aviation Boulevard, Suite 2700, Manhattan Beach, California 90266.

On the date below, I served the foregoing documents described as

1. **DEFENDANT FRIT ESCONDIDO PROMENADE, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS STATE LAW CLAIMS AND DECLINE SUPPLEMENTAL JURISDICTION [28 U.S.C. § 1367]**

2. **DEFENDANT FRIT ESCONDIDO PROMENADE, LLC'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS STATE LAW CLAIMS AND DECLINE SUPPLEMENTAL JURISDICTION [28 U.S.C. § 1367]**

3. **ORDER ON DEFENDANT FRIT ESCONDIDO PROMENADE, LLC'S MOTION TO DISMISS STATE LAW CLAIMS AND DECLINE SUPPLEMENTAL JURISDICTION**

on all interested parties in this action as follows:

| | |
|---|---|
| **Perry Roshan-Zamir**<br>La Salsa, Inc.<br>100 Moody Court, Suite 200<br>Thousand Oaks, CA 91360<br>(805) 495-4704<br>(805) 367-0309 (fax) | Attorneys for Defendant<br>La Salsa, Inc. |

CERTIFICATE OF SERVICE OF DEFENDANT FRIT ESCONDIDO PROMENADE, LLC'S MOTION TO DISMISS STATE LAW CLAIMS AND DECLINE SUPPLEMENTAL JURISDICTION

  I served the foregoing document by U.S. Mail, as follows: I placed true copies of the document in a sealed envelope addressed to each interested party as shown above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Manhattan Beach, California. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

  Executed on March 14, 2008, at Manhattan Beach, California.

_____
MARIA AMAYA

CERTIFICATE OF SERVICE OF DEFENDANT FRIT ESCONDIDO PROMENADE, LLC'S MOTION TO DISMISS STATE LAW CLAIMS AND DECLINE SUPPLEMENTAL JURISDICTION