| | |
|---|---|
| 1 | SCHLICHTER & SHONACK, LLP |
| | STEVEN C. SHONACK, (CA SBN 173395) |
| 2 | KURT ANDREW SCHLICHTER, (CA SBN 172385) |
| | MARY E. NEIFERT, (CA SBN 237062) |
| 3 | 3601 Aviation Boulevard, Suite 2700 |
| | Manhattan Beach, CA 90266 |
| 4 | Telephone: (310) 643-0111 |
| | Fax: (310) 643-1638 |
| 5 | scs@sandsattorneys.com |
| | kas@sandsattorneys.com |
| 6 | |
| 7 | Attorneys for Defendant FRIT ESCONDIDO PROMENADE, LLC |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY MCIVER, | ) | USDC No. 08 CV 0132 IEG WMc |
| | ) | Complaint Filed: January 23, 2008 |
| Plaintiff, | ) | |
| | ) | **DEFENDANT FRIT ESCONDIDO** |
| | ) | **PROMENADE, LLC'S NOTICE OF** |
| v. | ) | **PARTY WITH FINANCIAL** |
| | ) | **INTEREST** |
| TARGET CORPORATION dba | ) | |
| TARGET #274; COST PLUS, INC. dba | ) | **[CIVIL RULE 40.2]** |
| COST PLUS WORLD MARKET #145; | ) | |
| FRIT ESCONDIDO PROMENADE, | ) | |
| LLC; LA SALSA, INC. dba LA SALSA | ) | |
| #93; APPLEBEE'S RESTAURANTS | ) | |
| WEST, LLC dba APPLEBEE'S | ) | |
| NEIGHBORHOOD BAR & GRILL | ) | |
| #5711; TOYS 'R' US – DELAWARE, | ) | |
| INC. dba TOYS 'R' US #5633; PARTY | ) | |
| CITY CORPORATION dba PARTY | ) | |
| CITY OF ESCONDIDO #445; | ) | |
| INLAND WESTERN MDS | ) | |
| PORTFOLIO, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

DEFENDANT FRIT ESCONDIDO PROMENADE, LLC'S
NOTICE OF PARTY WITH FINANCIAL INTEREST

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

Defendant FRIT ESCONDIDO PROMENADE, LLC hereby discloses the following information pursuant to Civil Rule 40.2:

The ownership interest in Defendant FRIT ESCONDIDO PROMENADE, LLC is shared by two entities: Federal Realty Investment Trust, a publicly traded real estate investment trust, and Sparks Development Partners, LLC, a private entity, which is otherwise not affiliated with Federal Realty Investment Trust. To the best of our knowledge and based on public filings, no one person or entity owns more than 10% of the beneficial interests in Federal Realty Investment Trust.

Dated: March 13, 2008                SCHLICHTER & SHONACK, LLP

                                                       /s/ - Steven C. Shonack
                                       By: KURT A. SCHLICHTER
                                             STEVEN C. SHONACK
                                       Attorneys for Defendant FRIT
                                       ESCONDIDO PROMENADE, LLC

PROOF OF SERVICE – ECF SERVICE

State of California    )
                       ) SS.
County of Los Angeles  )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 3601 Aviation Boulevard, Suite 2700, Manhattan Beach, California 90266.

On the date below, I served the foregoing document described as **DEFENDANT FRIT ESCONDIDO PROMENADE, LLC'S NOTICE OF PARTY WITH FINANCIAL INTEREST** on all interested parties in this action as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

Pursuant to Local Rule, I electronically filed the document with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

Executed on March 14, 2008, at Manhattan Beach, California.

        /s/ - Steven C. Shonack
        STEVEN C. SHONACK

**SERVICE LIST**
McIver v. Target Corporation, et al.
*USDC Case No. 08 CV 0132 IEG WMc*

| | |
|---|---|
| **Lynn Hubbard, III**<br>Disabled Advocacy Group, APLC<br>12 Williamsburg Lane<br>Chico, CA 95926<br>(530)895-3252<br>(530)894-8244 (fax)<br>usdcso@hubslaw.com | Attorneys for Plaintiff<br>Larry McIver |
| **George E Fleming**<br>Baker and Mackenzie<br>101 West Broadway<br>Suite 1200<br>San Diego, CA 92101-8213<br>(619)236-1441<br>(619)236-0429 (fax)<br>george.e.fleming@bakernet.com | Attorneys for Defendant<br>Applebee's Restaurants West, LLC |
| **Gregory Francis Hurley**<br>Greenberg Traurig<br>3161 Michelson Drive<br>Suite 1000<br>Irvine, CA 92612<br>949-732-6500<br>949-732-6501 (fax)<br>hurleyg@gtlaw.com | Attorneys for Defendant<br>Inland Western MDS Portfolio, LLC |
| **Merrit M Jones**<br>Cooper White and Cooper<br>201 California Street<br>17th Floor<br>San Francisco, CA 94111<br>(415)433-1900<br>mjones@cwclaw.com | Attorneys for Defendant<br>Cost Plus, Inc. |

DEFENDANT FRIT ESCONDIDO PROMENADE, LLC'S
NOTICE OF PARTY WITH FINANCIAL INTEREST

| | | |
|---|---|---|
| 1 | **Henry L Sanchez** | Attorneys for Defendant |
| 2 | JACKSON LEWIS LLP | Toys 'R' Us - Delaware, Inc. |
| 3 | 725 South Figueroa Street<br>Suite 2500 | |
| 4 | Los Angeles, CA 90017-5419 | |
| 5 | (213)689-0404<br>sanchezh@jacksonlewis.com | |
| 6 | | |
| 7 | | |
| 8 | **David F Faustman**<br>FOX ROTHSCHILD LLP | Attorneys for Defendant<br>Party City Corporation |
| 9 | 1801 Century Park East<br>Suite 1420 | |
| 10 | Los Angeles, CA 90067 | |
| 11 | (310)556-8756<br>Fax: (310)843-9910 | |
| 12 | dfaustman@foxrothschild.com | |

DEFENDANT FRIT ESCONDIDO PROMENADE, LLC'S
NOTICE OF PARTY WITH FINANCIAL INTEREST

## PROOF OF SERVICE – MAIL SERVICE

State of California      )
                         ) SS.
County of Los Angeles    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 3601 Aviation Boulevard, Suite 2700, Manhattan Beach, California 90266.

On the date below, I served the foregoing document described as **DEFENDANT FRIT ESCONDIDO PROMENADE, LLC'S NOTICE OF PARTY WITH FINANCIAL INTEREST** on all interested parties in this action as follows:

| | |
|---|---|
| **Perry Roshan-Zamir**<br>La Salsa, Inc.<br>100 Moody Court, Suite 200<br>Thousand Oaks, CA 91360<br>(805) 495-4704<br>(805) 367-0309 (fax) | Attorneys for Defendant<br>La Salsa, Inc. |

I served the foregoing document by U.S. Mail, as follows: I placed true copies of the document in a sealed envelope addressed to each interested party as shown above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Manhattan Beach, California. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

Executed on March 14, 2008, at Manhattan Beach, California.

_____
MARIA AMAYA