SCHLICHTER & SHONACK, LLP
STEVEN C. SHONACK, (CA SBN 173395)
KURT ANDREW SCHLICHTER, (CA SBN 172385)
MARY E. NEIFERT, (CA SBN 237062)
3601 Aviation Boulevard, Suite 2700
Manhattan Beach, CA 90266
Telephone: (310) 643-0111
Fax: (310) 643-1638
scs@sandsattorneys.com
kas@sandsattorneys.com

Attorneys for Defendant FRIT
ESCONDIDO PROMENADE, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY MCIVER, | ) USDC No. 08 CV 0132 IEG WMc |
| | ) Complaint Filed: January 23, 2008 |
| Plaintiff, | ) |
| | ) **DEFENDANT FRIT ESCONDIDO** |
| | ) **PROMENADE, LLC'S NOTICE OF** |
| v. | ) **MOTION AND MOTION TO** |
| | ) **CONTINUE EARLY NEUTRAL** |
| TARGET CORPORATION dba | ) **EVALUATION CONFERENCE** |
| TARGET #274; COST PLUS, INC. dba | ) **PENDING HEARING ON MOTION** |
| COST PLUS WORLD MARKET #145; | ) **TO DISMISS STATE LAW** |
| FRIT ESCONDIDO PROMENADE, | ) **CLAIMS AND DECLINE** |
| LLC; LA SALSA, INC. dba LA SALSA | ) **SUPPLEMENTAL JURISDICTION** |
| #93; APPLEBEE'S RESTAURANTS | ) |
| WEST, LLC dba APPLEBEE'S | ) |
| NEIGHBORHOOD BAR & GRILL | ) |
| #5711; TOYS 'R' US – DELAWARE, | ) ENE Conference Date: April 4, 2008 |
| INC. dba TOYS 'R' US #5633; PARTY | ) Time:          9:30 a.m. |
| CITY CORPORATION dba PARTY | ) Courtroom:    C, 1st Floor |
| CITY OF ESCONDIDO #445; | ) Magistrate Judge: Hon. William |
| INLAND WESTERN MDS | ) McCurine, Jr. |
| PORTFOLIO, LLC, | ) |
| | ) **ORAL ARGUMENT NOT** |
| Defendants. | ) **REQUIRED** |
| _____ | ) |

DEFENDANT FRIT ESCONDIDO PROMENADE, LLC's NOTICE OF
MOTION AND MOTION TO CONTINUE EARLY NEUTRAL EVALUATION
CONFERENCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE THAT Defendant FRIT ESCONDIDO PROMENADE, LLC, hereby moves the Court for an order continuing the Early Neutral Evaluation Conference until after the Court rules on this moving defendant's Motion to Dismiss the state law claims asserted against it in this action.

This Motion is made on the grounds that the Court should continue the Early Neutral Evaluation Conference, currently set for April 4, 2008, until after this moving defendant's Motion to Dismiss is heard on April 28, 2008. Because the Motion to Dismiss seeks the dismissal of all claims in which legal damages are sought, prior resolution of that motion is crucial to any substantive settlement negotiations with plaintiff. If the Early Neutral Evaluation Conference is held before the Court rules on the Motion to Dismiss, then the parties will have no realistic chance of reaching a substantive settlement, because plaintiff has demanded legal damages on claims that are likely to be dismissed by the Court.

This Motion is based upon this notice, the concurrently filed memorandum of points and authorities, the concurrently filed proposed order, the previously filed Motion to Dismiss (Docket Entry No. 32), all documents and pleadings on file with the Court in this matter, and upon such oral and documentary evidence as may be presented at the hearing of this motion, if any.

Dated: March 18, 2008                SCHLICHTER & SHONACK, LLP


                                     ___/s/ - Steven C. Shonack_____
                                     By: KURT A. SCHLICHTER
                                         STEVEN C. SHONACK
                                     Attorneys for Defendant FRIT
                                     ESCONDIDO PROMENADE, LLC

DEFENDANT FRIT ESCONDIDO PROMENADE, LLC's NOTICE OF MOTION AND MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE

## <u>MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE</u>

Defendant FRIT ESCONDIDO PROMENADE, LLC, by counsel, hereby requests that the Court continue the Early Neutral Evaluation Conference in this action, currently scheduled for April 4, 2008, to be held on a date of the Court's convenience that is after the Court rules on Defendant's pending Motion to Dismiss State Law Claims, which is currently set to be heard on April 28, 2008.

Such a continuance is necessary so that the parties can meaningfully participate in the Early Neutral Evaluation Conference after the Court has ruled as to whether plaintiff will be permitted to maintain state law claims, seeking legal and statutory damages, against this moving defendant in this action. If the Early Neutral Evaluation Conference is held prior to the Court's ruling on the Motion to Dismiss, there will be little to no chance that a settlement will be reached because the nature of the claims, and damages, that will go forward in the action would not yet be determined.

Dated: March 18, 2008                   SCHLICHTER & SHONACK, LLP


                                     /s/ - Steven C. Shonack
                                By: KURT A. SCHLICHTER
                                   STEVEN C. SHONACK
                          Attorneys for Defendant FRIT
                          ESCONDIDO PROMENADE, LLC

DEFENDANT FRIT ESCONDIDO PROMENADE, LLC's NOTICE OF MOTION AND MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE