```
SCHLICHTER & SHONACK, LLP
STEVEN C. SHONACK, (CA SBN 173395)
KURT ANDREW SCHLICHTER, (CA SBN 172385)
MARY E. NEIFERT, (CA SBN 237062)
3601 Aviation Boulevard, Suite 2700
Manhattan Beach, CA 90266
Telephone: (310) 643-0111
Fax: (310) 643-1638
scs@sandsattorneys.com
kas@sandsattorneys.com
```

Attorneys for Defendant FRIT ESCONDIDO PROMENADE, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY MCIVER,<br><br>    Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION dba TARGET #274; COST PLUS, INC. dba COST PLUS WORLD MARKET #145; FRIT ESCONDIDO PROMENADE, LLC; LA SALSA, INC. dba LA SALSA #93; APPLEBEE'S RESTAURANTS WEST, LLC dba APPLEBEE'S NEIGHBORHOOD BAR & GRILL #5711; TOYS 'R' US – DELAWARE, INC. dba TOYS 'R' US #5633; PARTY CITY CORPORATION dba PARTY CITY OF ESCONDIDO #445; INLAND WESTERN MDS PORTFOLIO, LLC,<br><br>    Defendants. | USDC No. 08 CV 0132 IEG WMc<br>Complaint Filed:  January 23, 2008<br><br>**CERTIFICATE OF SERVICE OF DEFENDANT FRIT ESCONDIDO PROMENADE, LLC'S MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE PENDING HEARING ON MOTION TO DISMISS STATE LAW CLAIMS AND DECLINE SUPPLEMENTAL JURISDICTION**<br><br>**[SERVICE VIA ECF AND SERVICE BY MAIL]**<br><br>ENE Conference Date: April 4, 2008<br>Time:             9:30 a.m.<br>Courtroom:    C, 1st Floor<br>Magistrate Judge: Hon. William McCurine, Jr.<br><br>**ORAL ARGUMENT NOT REQUIRED** |

                                                                            1                       08 CV 0132 IEG WMc
CERTIFICATE OF SERVICE OF DEFENDANT FRIT ESCONDIDO
PROMENADE, LLC'S MOTION TO CONTINUE EARLY NEUTRAL
EVALUATION CONFERENCE

PROOF OF SERVICE – ECF SERVICE

State of California        )
                           ) SS.
County of Los Angeles      )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 3601 Aviation Boulevard, Suite 2700, Manhattan Beach, California 90266.

    On the date below, I served the foregoing documents described as

**1.    DEFENDANT FRIT ESCONDIDO PROMENADE, LLC'S NOTICE OF MOTION AND MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE PENDING HEARING ON MOTION TO DISMISS STATE LAW CLAIMS AND DECLINE SUPPLEMENTAL JURISDICTION**

**2.    MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT FRIT ESCONDIDO PROMENADE, LLC'S MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE PENDING HEARING ON MOTION TO DISMISS STATE LAW CLAIMS AND DECLINE SUPPLEMENTAL JURISDICTION**

**3.    ORDER ON DEFENDANT FRIT ESCONDIDO PROMENADE, LLC'S MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE** (via email only) on all interested parties in this action as follows:

<b>PLEASE SEE ATTACHED SERVICE LIST</b>

    Pursuant to Local Rule, I electronically filed the document with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

    Executed on March 19, 2008, at Manhattan Beach, California.

                                    /s/ - Steven C. Shonack
                                    STEVEN C. SHONACK

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | McIver v. Target Corporation, et al. |
| 3 | USDC Case No. 08 CV 0132 IEG WMc |

| | |
|---|---|
| **Lynn Hubbard, III** | Attorneys for Plaintiff |
| Disabled Advocacy Group, APLC | Larry McIver |
| 12 Williamsburg Lane | |
| Chico, CA 95926 | |
| (530)895-3252 | |
| (530)894-8244 (fax) | |
| usdcso@hubslaw.com | |
| | |
| **George E Fleming** | Attorneys for Defendant |
| Baker and Mackenzie | Applebee's Restaurants West, LLC |
| 101 West Broadway | |
| Suite 1200 | |
| San Diego, CA 92101-8213 | |
| (619)236-1441 | |
| (619)236-0429 (fax) | |
| george.e.fleming@bakernet.com | |
| | |
| **Gregory Francis Hurley** | Attorneys for Defendant |
| Greenberg Traurig | Inland Western MDS Portfolio, LLC |
| 3161 Michelson Drive | |
| Suite 1000 | |
| Irvine, CA 92612 | |
| 949-732-6500 | |
| 949-732-6501 (fax) | |
| hurleyg@gtlaw.com | |
| | |
| **Merrit M Jones** | Attorneys for Defendant |
| Cooper White and Cooper | Cost Plus, Inc. |
| 201 California Street | |
| 17th Floor | |
| San Francisco, CA 94111 | |
| (415)433-1900 | |
| mjones@cwclaw.com | |

3                                                                                08 CV 0132 IEG WMc

CERTIFICATE OF SERVICE OF DEFENDANT FRIT ESCONDIDO
PROMENADE, LLC'S MOTION TO CONTINUE EARLY NEUTRAL
EVALUATION CONFERENCE

| | | |
|---|---|---|
| 1 | **Henry L Sanchez** | Attorneys for Defendant |
| 2 | Jackson Lewis LLP | Toys 'R' Us - Delaware, Inc. |
|   | 725 South Figueroa Street | |
| 3 | Suite 2500 | |
| 4 | Los Angeles, CA 90017-5419 | |
|   | (213)689-0404 | |
| 5 | sanchezh@jacksonlewis.com | |
| 6 | | |
| 7 | **David F Faustman** | Attorneys for Defendant |
|   | Fox Rothschild LLP | Party City Corporation |
| 8 | 1801 Century Park East | |
| 9 | Suite 1420 | |
|   | Los Angeles, CA 90067 | |
| 10 | (310)556-8756 | |
| 11 | Fax: (310)843-9910 | |
|    | dfaustman@foxrothschild.com | |

<pre>
                                         4                            08 CV 0132 IEG WMc
         CERTIFICATE OF SERVICE OF DEFENDANT FRIT ESCONDIDO
      PROMENADE, LLC'S MOTION TO CONTINUE EARLY NEUTRAL
                        EVALUATION CONFERENCE
</pre>

PROOF OF SERVICE – MAIL SERVICE

State of California    )
                       ) SS.
County of Los Angeles  )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 3601 Aviation Boulevard, Suite 2700, Manhattan Beach, California 90266.

On the date below, I served the foregoing documents described as

1. **DEFENDANT FRIT ESCONDIDO PROMENADE, LLC'S NOTICE OF MOTION AND MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE PENDING HEARING ON MOTION TO DISMISS STATE LAW CLAIMS AND DECLINE SUPPLEMENTAL JURISDICTION**

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT FRIT ESCONDIDO PROMENADE, LLC'S MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE PENDING HEARING ON MOTION TO DISMISS STATE LAW CLAIMS AND DECLINE SUPPLEMENTAL JURISDICTION**

3. **ORDER ON DEFENDANT FRIT ESCONDIDO PROMENADE, LLC'S MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE**

on all interested parties in this action as follows:

| | |
|---|---|
| **Perry Roshan-Zamir** | Attorneys for Defendant |
| La Salsa, Inc. | La Salsa, Inc. |
| 100 Moody Court, Suite 200 | |
| Thousand Oaks, CA 91360 | |
| (805) 495-4704 | |
| (805) 367-0309 (fax) | |

I served the foregoing document by U.S. Mail, as follows: I placed true copies of the document in a sealed envelope addressed to each interested party as shown above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Manhattan Beach, California. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 19, 2008, at Manhattan Beach, California.

_____
MARIA AMAYA

CERTIFICATE OF SERVICE OF DEFENDANT FRIT ESCONDIDO PROMENADE, LLC'S MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE