1  Henry L. Sanchez (SBN176878)
   JACKSON LEWIS, LLP
2  725 South Figueroa Street, Suite 2500
   Los Angeles, California 90017-5408
3  Telephone: (213) 689-0404
   Facsimile: (213) 689-0430
4  sanchezh@jacksonlewis.com

5  Attorneys for Defendant
   TOYS 'R' US – DELAWARE, INC.

6

7

8             UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10

11 LARRY McIVER,                              ) CASE NO.: 08 CV 0132 IEG (WMc)
                                              )
12       Plaintiff,                           ) [Assigned for all purposes to the Honorable
                                              ) Irma E. Gonzalez]
13    vs.                                     )
                                              )
14 TARGET CORPORATION dba TARGET              ) DEFENDANT TOYS 'R' US-
   #274; COST PLUS, INC. dba COST PLUS        ) DELAWARE, INC.'S MOTION
15 WORLD MARKET #145; FRIT                    ) REQUESTING THAT ITS
   ESCONDIDO PROMENADE, LLC; LA               ) CORPORATE REPRESENTATIVE BE
16 SALSA, INC. dba LA SALSA #93;              ) EXCUSED FROM PESONALLY
   APPLEBEE'S RESTAURANTS WEST,               ) ATTENDING EARLY NEUTRAL
17 LLC dba APPLEBEE'S                         ) EVALUATION CONFERENCE
   NEIGHBORHOOD BAR & GRILL                   )
18 #5711; TOYS 'R' US - DELAWARE, INC.        )
   dba TOYS 'R' US #5633; PARTY CITY          ) [LOCAL CIVIL RULE 16.1]
19 CORPORATION dba PARTY CITY OF              )
   ESCONDID0#445; INLAND WESTERN              )
20 MDS PORTFOLIO, LLC                         ) Date:        April 4, 2008
                                              ) Time:        9:30 a.m.
21       Defendants.                          ) Courtroom:   1
                                              )
22                                            )
                                              )
23

24

25

26

27

28
   CASE NO.: 08 CV 0132 IEG (WMc)        1   DEF TOYS 'R' US-DELAWARE, INC.'S MOTION REQUESTING
                                             THAT ITS CORPORATE REPRESENTATIVE BE EXCUSED FROM
                                             PESONALLY ATTENDING EARLY NEUTRAL EVALUATION
                                             CONFERENCE

Pursuant to Local Civil Rule 16.1(c)1c, Defendant Toys 'R' Us – Delaware, Inc. ("TRU"), respectfully requests, through its counsel of record, that the Court excuse TRU's personal, "non-lawyer" representative from attending the April 4, 2008 Early Neutral Evaluation Conference ("Conference"). TRU's counsel of record will personally attend the Conference.

TRU's corporate offices are located in Wayne, New Jersey and all TRU executives reside in the State of New Jersey. As such, personal attendance by TRU's corporate representative would require that TRU incur significant airfare, hotel and other travel expenses, and that TRU's corporate representative devote at least two full business days solely for the purpose of traveling to and from the Conference. TRU respectfully submits that these factors constitute good cause for TRU's corporate representative to be excused from personally appearing at the April 4, 2008 Conference.

If TRU is excused from personally appearing on April 4, 2008, a corporate representative with full authority to settle the above-referenced matter will be fully available to the Court by telephone throughout the Conference.

Dated: March 20, 2008                    JACKSON LEWIS LLP


                                         By:  /s/Henry L. Sanchez
                                              Henry L. Sanchez

                                         Attorneys for Defendant
                                         TOYS 'R' US – DELAWARE, INC.

**PROOF OF SERVICE**

UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT OF CALIFORNIA

CASE NAME:    LARRY McIVER vs. TOYS 'R' US – DELAWARE, INC.

**CASE NUMBER: 08 CV 0132 IEG (WMc)**

I am employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action; my business address is: 725 South Figueroa Street, Suite 2500, Los Angeles, California 90017-5408

On March 20, 2008, I served the foregoing document(s) described as:

**DEFENDANT TOYS 'R' US-DELAWARE, INC.'S MOTION REQUESTING THAT ITS CORPORATE REPRESENTATIVE BE EXCUSED FROM PESONALLY ATTENDING EARLY NEUTRAL EVALUATION CONFERENCE**

in this action by placing a true copy thereof in a sealed envelope addressed as follows:

Lynn Hubbard, III
Scottlynn J. Hubbard, IV
**DISABLED ADVOCACY GROUP**
12 Williamsburg Lane
Chico, CA  95926

Telephone:  (530) 895-3252
Facsimile:   (530) 894-8244

Attorneys for Plaintiff
LARRY McIVER

[XX] **BY U.S. MAIL**

[XX]  As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[XX] **BY NOTICE OF ELECTRONIC FILING:**

The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

1 | [XX] **FEDERAL**  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 20, 2008 at Los Angeles, California.

*/s/ Christopher Gomez*
CHRISTOPHER GOMEZ