# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY MCIVER, Plaintiff, vs. TARGET CORPORATION, et al., Defendant. | CASE NO. 08cv132-IEG (WMc) ORDER |

On March 19, 2008, Defendant FRIT Escondido Promenade, LLC, (Defendant FRIT) filed a motion to continue the Early Neutral Evaluation Conference (ENE) currently scheduled for April 4, 2008, at 9:30 a.m. After reviewing the motion, the Court issues the following Order:

1. Defendant FRIT's request to continue the ENE is DENIED. *See Local Rule 16.1(b)(1)*.

2. The Court will conduct a ***telephonic*** ENE on April 4, 2008, at 9:30 a.m. Counsel of record are required to participate. Parties may participate but are not required to participate.

3. **COUNSEL FOR DEFENDANT FRIT IS INSTRUCTED TO INITIATE THE CALL BY FIRST TELEPHONING OPPOSING COUNSEL AND THEN TELEPHONING THE COURT AT 619-557-6624.**

IT IS SO ORDERED.

DATED: March 20, 2008

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

blank