LYNN HUBBARD, III (CA SBN 69773)
SCOTTLYNN J. HUBBARD, IV (CA SBN 212970)
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, California 95926
Telephone: 530-895-3252
Facsimile: 530-894-8244
usdcso@hubslaw.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

LARRY McIVER,

          Plaintiff,

   v.

TARGET CORPORATION, et al.,

          Defendants.

Case No.  08cv0132 IEG (WMc)

**JOINT MOTION for EXTENSION of TIME for DEFENDANT TARGET CORPORATION to FILE a RESPONSIVE PLEADING to PLAINTIFF'S COMPLAINT**

**PLEASE TAKE NOTICE** that Plaintiff Larry McIver ("Plaintiff") and Defendant Target Corporation dba Target #274 ("Defendant") hereby jointly move the Court for an Order allowing Defendant an extension of time in which to file a responsive pleading to Plaintiff's Complaint up to and including April 7, 2008.

Said extension of time is supported by good cause in that the Parties are in the process of settling this matter and request the additional time to complete the settlement process as they hope to have this matter resolved before April 7, 2008. This extension request is not being submitted for the purpose of undue delay or for any improper purpose and will not impact any existing scheduling dates.

Date:  April 2, 2008

By: /s/ Lynn Hubbard, III
Lynn Hubbard, III (SBN 69773)
Disabled Advocacy Group, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone:  (530) 895-3252
Facsimile: (530) 894-8244


Attorneys for Plaintiff,
Larry McIver

By: /s/ Robert Naeve
Robert Naeve
Jones Day
3 Park Plaza, Suite 1100
Irvine, CA  92612
Telephone: (949) 553-7507
Facsimile: (949) 553-7539


Attorneys for Defendant,
Target Corporation