1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT

9           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11   LARRY McIVER,                      Case No. 08cv0132 IEG (WMc)

12                  Plaintiff,          **ORDER GRANTING JOINT**
                                        **MOTION TO EXTEND TIME**
13        vs.                           **FOR DEFENDANT TARGET**
                                        **CORPORATION TO**
14                                      **RESPOND TO PLAINTIFF'S**
15   TARGET CORPORATION dba             **COMPLAINT**
     TARGET #274; et al.
16

17                  Defendants.

18

19

        Upon consideration of the Joint Motion to Extend Time for Defendant Target
20
     Corporation to Respond to Plaintiff's Complaint and finding that good cause exists,
21
     it is ORDERED that the Joint Motion be and is hereby GRANTED.
22

23        Defendant shall have up to and including April 7, 2008 to file a response to
24
     Plaintiff's Complaint.
25

26
     DATED: April 2, 2008            _Irma E. Gonzalez_____
27
                                     IRMA E. GONZALEZ, Chief Judge
28                                   United States District Court

                                        1