Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| Larry McIver, | Case No. 08cv0132 IEG (WMc) |
|---|---|
| Plaintiff, | **Notice of Settlement** |
| vs. | |
| Target Corporation, et al., | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that the aforementioned matter known as *McIver v. Target Corp., et al.,* Case No. 08cv0132 IEG (WMc), has been resolved as to **defendant Applebee's Restaurants West, LLC dba Applebee's Neighborhood Bar & Grill #5711 *ONLY***.  The parties anticipate filing a Joint Motion for Dismissal within four weeks.

Dated: April 3, 2008         DISABLED ADVOCACY GROUP, APLC


                             */s/ Lynn Hubbard, Esquire            /*
                             LYNN HUBBARD, III
                             Attorney for Plaintiff

*McIver v. Target Corp.*, et al., 08cv0132 IEG (WMc)
Notice of Settlement

Page 1