UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY McIVER,<br><br>            Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION dba TARGET #274; et al.<br><br>            Defendants. | Case No. 08cv0132 IEG (WMc)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT TARGET CORPORATION TO RESPOND TO PLAINTIFF'S COMPLAINT** |

   Upon consideration of the Joint Motion to Extend Time for Defendant Target Corporation to Respond to Plaintiff's Complaint and finding that good cause exists, it is ORDERED that the Joint Motion be and is hereby GRANTED.

   Defendant shall have up to and including April 14, 2008 to file a response to Plaintiff's Complaint.

DATED: April 8, 2008

*Irma E. Gonzalez*
IRMA E. GONZALEZ, Chief Judge
United States District Court

1

WC1 23042v1 02/19/08