# TABLE OF CONTENTS

I.   Introduction .................................................................................... 2

II.  Discussion ................................................................................. 2-17

    A.   This Court, if it Opts to Decline Jurisdiction, Should Only Decline Jurisdiction Over The Unruh Act Claim ..................... 2-4

    B.   This Court Does Not Face a "Hobson's Choice" as McIver Has Pled Intent in His Complaint and Has a Right to Prove Up Such Intent ....................................................................... 4-5

    C.   *Gunther* Misinterpreted the Current Law, as Well as the Statutes at Issue and This Court is Not Bound by a State Appellate Court Decision ...................................................... 5-11

        1.   *Gunther* Is Not Controlling and it Directly Contradicts Prior Ninth Circuit Law ......................... 5-6

        2.   Legislative History ................................................... 6-10

            i. Plain Language ..................................................... 10

        3.   Simply Put, the State Claims Do NOT Present Novel or Complex Issues of Law ...................................... 10-11

    D.   Even Without a Statutory Analysis, *Gunther* is WRONG on the Law ........................................................................... 11-17

III. Conclusion .................................................................................... 17

# TABLE OF AUTHORITIES

<u>Cases</u>

*Burks v. Poppy Construction Co.*,
    57 Cal.2d 463 (1962) .................................................................................. 15

*Digenova v. State Bd. Of Educ.*,
    57 Cal.2d 167, 178 (1962) ............................................................... 5 n.1

*Gunther v. Lin,*
    50 Cal.Rptr.3d 317 (Cal.App. 2006) ........................................... 1, 5-14

*Harris v. Capital Growth Investors XIV,*
    52 Cal.3d 1142 (1991) .............................................................. 6, 11-14

*In re Watts*,
    298 F.3d. 1077 (9th Cir. 2002) ............................................................. 5

*Isbister v. Boys' Club of Santa Cruz,*
    40 Cal.3d 72 (1985) ........................................................................... 15

*Johnson v. Barlow,*
    2007 WL 1723617 (E.D. Cal)............................................................ 10

*Kimmel v. Goland,*
    51 Cal.3d 202 (1990) .......................................................................... 7

*Koire v. Metro Car Wash,*
    40 Cal.3d 24 (1985) ..................................................................... 11-14

*Lentini v. California Center for the Arts, Escondido,*
    370 F.3d 837 (9th Cir. 2004) ....................................................... 2-5, 10

*Modern Development Co. v. Navigators, Ins. Co.*,
    4 Cal.Rptr.3d 528 (2003) ............................................................. 11-13

*Pinnock v. Solana Beach Do It Yourself Dog Wash, Inc.*,
   2007 WL 1989635 (S.D. Cal.) .......................................................... 10

*Takahashi v. Loomis Armored Car Serv.*,
   625 F.2d 314 (9th Cir. 1980) ............................................................. 5

*Wells v. One2One Learning Found.*,
   29 Cal. 4th 1164 (2006) ..................................................................... 9

*Western Oil & Gas Assn. v. Monterey Bay Unified Air Pollution Control Dist.*,
   49 Cal.3d 408 (1989) ......................................................................... 7

*Wilson v. Haria and Gogri Corp. dba Jack-In-The-Box #551, et al.*,
   479 F.Supp.2d 1127 (E.D. Cal. 2007) ........................................... 4-10

<u>Statutes</u>

Cal. Civ. Code § 51 ................................................................................. 6-8

Cal. Civ. Code § 51(f) ............................................................................ 8, 15

Cal. Civ. Code § 52 ................................................................................. 6-9

28 U.S.C. § 1367 ................................................................................... 9-10

42 U.S.C. § 12182(b)(2)(A)(iv) ................................................................. 13