```
 1  SCHLICHTER & SHONACK, LLP
    STEVEN C. SHONACK, (CA SBN 173395)
 2  KURT ANDREW SCHLICHTER, (CA SBN 172385)
    3601 Aviation Boulevard, Suite 2700
 3  Manhattan Beach, CA 90266
    Telephone: (310) 643-0111
 4  Fax: (310) 643-1638
    scs@sandsattorneys.com
 5  kas@sandsattorneys.com

 6  Attorneys for Defendant FRIT
    ESCONDIDO PROMENADE, LLC
 7  and INLAND WESTERN MDS
    PORTFOLIO, LLC
 8
                    UNITED STATES DISTRICT COURT
 9
                   SOUTHERN DISTRICT OF CALIFORNIA
10

11  LARRY MCIVER,                ) USDC No. 08 CV 0132 IEG WMc
                                 )
12                               )
           Plaintiff,            )
13                               ) DEFENDANT INLAND WESTERN
                                 ) MDS PORTFOLIO, LLC'S
14                               ) SUBSTITUTION OF ATTORNEY
           v.                    ) OF RECORD
15                               )
                                 )
16  TARGET CORPORATION dba       )
    TARGET #274; COST PLUS, INC. dba )
17  COST PLUS WORLD MARKET #145; )
    FRIT ESCONDIDO PROMENADE,    )
18  LLC; LA SALSA, INC. dba LA SALSA )
    #93; APPLEBEE'S RESTAURANTS  )
19  WEST, LLC dba APPLEBEE'S     )
20  NEIGHBORHOOD BAR & GRILL     )
    #5711; TOYS 'R' US – DELAWARE, )
21  INC. dba TOYS 'R' US #5633; PARTY )
22  CITY CORPORATION dba PARTY   )
    CITY OF ESCONDIDO #445;      )
23  INLAND WESTERN MDS           )
    PORTFOLIO, LLC,              )
24                               )
25         Defendants.           )
                                 )
26
27
28
```

OC286,241,771v2 016671.101900

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

Please take notice that Defendant INLAND WESTERN MDS PORTFOLIO, LLC ("Defendant"), currently represented in this action by Gregory F. Hurley, Esq., of Greenberg Traurig, LLP, hereby substitutes the following counsel as attorneys of record for all purposes in this action:

SCHLICHTER & SHONACK, LLP
STEVEN C. SHONACK, (CA SBN 173395)
KURT ANDREW SCHLICHTER, (CA SBN 172385)
3601 Aviation Boulevard, Suite 2700
Manhattan Beach, CA 90266
Telephone: (310) 643-0111
Fax: (310) 643-1638
scs@sandsattorneys.com
kas@sandsattorneys.com

Please retain Gregory F. Hurley, Esq. of Greenberg Traurig, LLP on the service list so he continues to receive courtesy copies of documents in this matter.

I consent to this substitution.

Dated: 3/14/08

Defendant INLAND WESTERN MDS PORTFOLIO, LLC, a Delaware limited liability company

By: Inland Western Retail Real Estate Trust, Inc., a Maryland corporation, its sole member

By: _____
Name: Dennis K. Holland
Title: General Counsel

```
 1  Dated: 4/14/08            GREENBERG TRAURIG (prior counsel)
 2
 3                      By: /s/
 4                            Gregory F. Hurley, Esq.
 5
 6  Dated: April 17, 2008     SCHLICHTER & SHONACK LLP
 7
 8                      By:   /s/ Steven C. Shonack
 9                            Steven C. Shonack, Esq.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

## PROOF OF SERVICE – ECF SERVICE

State of California    )
                       ) SS.
County of Los Angeles  )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 3601 Aviation Boulevard, Suite 2700, Manhattan Beach, California 90266.

On the date below, I served the foregoing documents described as **DEFENDANT INLAND WESTERN MDS PORTFOLIO, LLC'S SUBSTITUTION OF ATTORNEY OF RECORD** on all interested parties in this action as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

Pursuant to Local Rule, I electronically filed the document with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

Executed on April 22, 2008, at Manhattan Beach, California.

    /s/ - Steven C. Shonack
    STEVEN C. SHONACK

1

DEFENDANT INLAND WESTERN MDS PORTFOLIO, LLC'S
SUBSTITUTION OF ATTORNEY OF RECORD

## SERVICE LIST
McIver v. Target Corporation, et al.
*USDC Case No. 08 CV 0132 IEG WMc*

| | |
|---|---|
| **Lynn Hubbard, III**<br>Disabled Advocacy Group, APLC<br>12 Williamsburg Lane<br>Chico, CA 95926<br>(530)895-3252<br>(530)894-8244 (fax)<br>usdcso@hubslaw.com | Attorneys for Plaintiff<br>Larry McIver |
| **George E Fleming**<br>Baker and Mackenzie<br>101 West Broadway<br>Suite 1200<br>San Diego, CA 92101-8213<br>(619)236-1441<br>(619)236-0429 (fax)<br>george.e.fleming@bakernet.com | Attorneys for Defendant<br>Applebee's Restaurants West, LLC |
| **Gregory Francis Hurley**<br>Greenberg Traurig<br>3161 Michelson Drive<br>Suite 1000<br>Irvine, CA 92612<br>949-732-6500<br>949-732-6501 (fax)<br>hurleyg@gtlaw.com | Attorneys for Defendant<br>Inland Western MDS Portfolio, LLC |
| **Merrit M Jones**<br>Cooper White and Cooper<br>201 California Street<br>17th Floor<br>San Francisco, CA 94111<br>(415)433-1900<br>mjones@cwclaw.com | Attorneys for Defendant<br>Cost Plus, Inc. |

| | | |
|---|---|---|
| 1 | **Henry L Sanchez** | Attorneys for Defendant |
| 2 | Jackson Lewis LLP | Toys 'R' Us - Delaware, Inc. |
| 3 | 725 South Figueroa Street | |
| | Suite 2500 | |
| 4 | Los Angeles, CA 90017-5419 | |
| 5 | (213)689-0404 | |
| | sanchezh@jacksonlewis.com | |
| 6 | | |
| 7 | **David F Faustman** | Attorneys for Defendant |
| | Fox Rothschild LLP | Party City Corporation |
| 8 | 1801 Century Park East | |
| 9 | Suite 1420 | |
| | Los Angeles, CA 90067 | |
| 10 | (310)556-8756 | |
| 11 | Fax: (310)843-9910 | |
| | dfaustman@foxrothschild.com | |
| 12 | | |
| 13 | **Robert Naeve** | Attorneys for Defendant |
| | Jones Day | Target Corporation |
| 14 | 3 Park Plaza, Suite 1100 | |
| 15 | Irvine, CA 92612 | |
| 16 | (949) 553-7539 (fax) | |
| | rnaeve@jonesday.com | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

3

DEFENDANT INLAND WESTERN MDS PORTFOLIO, LLC'S
SUBSTITUTION OF ATTORNEY OF RECORD

## PROOF OF SERVICE – MAIL SERVICE

State of California   )
                      ) SS.
County of Los Angeles )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 3601 Aviation Boulevard, Suite 2700, Manhattan Beach, California 90266.

On the date below, I served the foregoing documents described as **DEFENDANT INLAND WESTERN MDS PORTFOLIO, LLC'S SUBSTITUTION OF ATTORNEY OF RECORD** on all interested parties in this action as follows:

| | |
|---|---|
| **Perry Roshan-Zamir**<br>La Salsa, Inc.<br>100 Moody Court, Suite 200<br>Thousand Oaks, CA 91360<br>(805) 495-4704<br>(805) 367-0309 (fax) | Attorneys for Defendant<br>La Salsa, Inc. |

I served the foregoing document by U.S. Mail, as follows: I placed true copies of the document in a sealed envelope addressed to each interested party as shown above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Manhattan Beach, California. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on April 22, 2008, at Manhattan Beach, California.

_____
MARIA AMAYA

4

DEFENDANT INLAND WESTERN MDS PORTFOLIO, LLC'S
SUBSTITUTION OF ATTORNEY OF RECORD