## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY MCIVER, | ) USDC No. 08 CV 0132 IEG WMc |
| Plaintiff, | ) |
| | ) **ORDER ON SUBSTITUTION FOR** |
| v. | ) **ATTORNEY OF RECORD FOR** |
| | ) **DEFENDANT INLAND WESTERN MDS** |
| INLAND WESTERN MDS PORTFOLIO, LLC, et al. | ) **PORTFOLIO, LLC** |
| Defendants. | ) |

Defendant INLAND WESTERN MDS PORTFOLIO, LLC ("Defendant") has submitted a request to substitute its attorney of record in this action. After review of the papers submitted and consideration of the facts contained therein, and good cause appearing therefor, the Court orders as follows:

The request for substitution of attorney is GRANTED. Defendant INLAND WESTERN MDS PORTFOLIO, LLC shall henceforth be represented in this action for all purposes by the following attorneys of record:

> STEVEN C. SHONACK (CA SBN 173395)
> scs@sandsattorneys.com
> KURT ANDREW SCHLICHTER (CA SBN 172385)
> kas@sandsattorneys.com

1  SCHLICHTER & SHONACK, LLP
2  3601 Aviation Boulevard, Suite 2700
   Manhattan Beach, CA 90266
3  Telephone: (310) 643-0111
   Fax: (310) 643-1638
4
5  IT IS SO ORDERED.

6  Dated: April 24, 2008

7  _____
   IRMA E. GONZALEZ, Chief Judge
8  United States District Court