1  LYNN HUBBARD III, SBN 69773
2  SCOTTLYNN J HUBBARD IV, SBN, 212970
   **DISABLED ADVOCACY GROUP, APLC**
3  12 WILLIAMSBURG LANE
   CHICO, CA 95926
4  Telephone:  (530) 895-3252
   Facsimile:   (530) 894-8244

5  Attorneys for Plaintiff

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

11 LARRY McIVER,                     Case No. 08cv0132 IEG (WMc)

12      Plaintiff,
                                     **NOTICE OF VOLUNTARY**
13 v.                                **DISMISSAL**

14 TARGET CORPORATION, et al.,

15      Defendants.
16 _____/

TO THE COURT AND ALL PARTIES:

Plaintiff, LARRY McIVER, hereby requests that purusant to FRCP 41 (a)(1), the Court dismiss the above entitled action, without prejudice, **as to defendant APPLEBEE'S RESTAURANTS WEST, LLC dba APPLEBEE'S NEIGHBORHOOD BAR & GRILL #5711 *only***.

Nothing in this request shall be construed to affect plaintiff's complaint and claims in the above referenced case against defendants other than defendant APPLEBEE'S RESTAURANTS WEST, LLC dba APPLEBEE'S NEIGHBORHOOD BAR & GRILL #5711.

Dated: April 29, 2008                    DISABLED ADVOCACY GROUP, APLC

                                         */s/ Lynn Hubbard, III, Esquire*
                                         LYNN HUBBARD, III
                                         Attorney for Plaintiff Larry McIver

Notice of Voluntary Dismissal

- 2 -

*McIver v. Target Corporation, et al.*
08cv0132 IEG (WMc)