1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN, 212970
2  **DISABLED ADVOCACY GROUP, APLC**
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone: (530) 895-3252
4  Facsimile:   (530) 894-8244

5  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY McIVER, | Case No. 08cv0132 IEG (WMc) |
| Plaintiff, | |
| v. | **AMENDED NOTICE of VOLUNTARY DISMISSAL** |
| TARGET CORPORATION, et al., | |
| Defendants. | |

1 | TO THE COURT AND ALL PARTIES:

2 |     Plaintiff, LARRY McIVER, hereby requests that purusant to FRCP 41 (a)(1), the Court dismiss the above entitled action, **with** prejudice, **as to defendant APPLEBEE'S RESTAURANTS WEST, LLC dba APPLEBEE'S NEIGHBORHOOD BAR & GRILL #5711 *only***.

    Nothing in this request shall be construed to affect plaintiff's complaint and claims in the above referenced case against defendants other than defendant APPLEBEE'S RESTAURANTS WEST, LLC dba APPLEBEE'S NEIGHBORHOOD BAR & GRILL #5711.

Dated: April 29, 2008        DISABLED ADVOCACY GROUP, APLC

                              */s/ Lynn Hubbard, III, Esquire*
                              LYNN HUBBARD, III
                              Attorney for Plaintiff Larry McIver