1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone: (530) 895-3252
4  Fax: (530) 894-8244

5  Attorneys for Plaintiff

6

7  LYNNE HOOK, SBN 169064
   FOX ROTHSCHILD, LLP
8  1801 Century Park East, Suite 1420
   Los Angeles, CA 90067
   Telephone: (310) 556-8786
9  Fax: (310) 843-9910

10 Attorney for Defendant Party City Corporation

11

12

13

14              UNITED STATES DISTRICT COURT

15              SOUTHERN DISTRICT OF CALIFORNIA

16

17 LARRY McIVER,                    Case No. 08cv0132 IEG (WMc)

18      Plaintiff,
                                    **JOINT MOTION FOR DISMISSAL**
19 v.

20 TARGET CORPORATION, et al,

21      Defendants.
                                    /
22

23

24

25

26

27

28

1  IT IS HEREBY JOINTLY REQUESTED, pursuant to settlement and release agreements between plaintiff, LARRY McIVER, and defendant, PARTY CITY CORPORATION, that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41 **as to defendant PARTY CITY CORPORATION only.**

Nothing in this Joint Motion shall be construed to affect plaintiffs' complaint and claims in the above referenced case against defendant other than defendant PARTY CITY CORPORATION.

Dated: May 2, 2008

DISABLED ADVOCACY GROUP, APLC

_[signature]_
LYNN HUBBARD, III
Attorney for Plaintiff Larry McIver

Dated: May 13, 2008

FOX ROTHSCHILD, LLP

_[signature]_
LYNNE HOOK
Attorney for Defendant Party City Corporation

Joint Motion for Dismissal
of Defendant Party City Corporation

-2-

McIver v. Target Corporation, et al.
Case No. 08cv0132 IEG (WMc)