# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY MCIVER,<br><br>　　　　　　　　　　　Plaintiff,<br>　vs.<br><br>TARGET CORPORATION, COST PLUS, INC., FRIT ESCONDIDO PROMENADE, LLC, LA SALSA, INC., APPLEBEE'S RESTAURANTS WEST, LLC, TOYS 'R' US - DELAWARE, INC., PARTY CITY CORPORATION, AND INLAND WESTERN MDS PORTFOLIO, LLC,<br><br>　　　　　　　　　　　Defendants. | CASE NO. 08cv132<br><br>ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT PARTY CITY CORPORATION<br><br>[Doc. No. 52.] |

Presently before the court is a joint motion to dismiss defendant Party City Corporation. (Doc. No. 52.) For good cause appearing, the Court hereby GRANTS the joint motion and DISMISSES the case with prejudice as to defendant Party City Corporation.

**IT IS SO ORDERED.**

DATED: May 20, 2008

_____
IRMA E. GONZALEZ, Chief Judge
United States District Court