# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY MCIVER, | CASE NO. 08cv132-IEG (WMc) |
| Plaintiff, | ORDER |
| vs. | |
| TARGET CORPORATION, et al., | |
| Defendant. | |

Due to a conflict in the Court's calendar, the Case Management/Settlement Conference currently scheduled for June 16, 2008, is **rescheduled** to **June 25, 2008, at 2:00 p.m.** All other orders of the Court remain in full force and effect unless otherwise ordered by the Court.

IT IS SO ORDERED.

DATED: May 21, 2008

*W. McCurine Jr.*

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court