LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Fax: (530) 894-8244

Attorneys for Plaintiff


HENRY SANCHEZ, SBN 176878
JACKSON LEWIS, LLP
725 South Figueroa Street, Suite 2500
Los Angeles, CA 90067
Telephone: (213) 689-0404
Fax: (213) 689-0430

Attorney for Defendant

Toys 'R' Us - Delaware, Inc. dba Toys 'R' Us #5633

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| LARRY McIVER, | Case No. 08cv0132 IEG (WMc) |
| Plaintiffs, | |
| v. | **JOINT MOTION FOR DISMISSAL** |
| TARGET CORPORATION, et al, | |
| Defendants. | |

      IT IS HEREBY JOINTLY REQUESTED, pursuant to settlement and release agreements between plaintiff, LARRY McIVER, and defendant, TOYS 'R' US - DELAWARE, INC. dba TOYS 'R' US #5633 that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41 **as to defendant TOYS 'R' US - DELAWARE, INC. dba TOYS 'R' US #5633 only.**

      Nothing in this Joint Motion shall be construed to affect plaintiffs' complaint and claims in the above referenced case against defendant other than defendant TOYS 'R' US - DELAWARE, INC. dba TOYS 'R' US #5633.

Dated: May _____, 2008      DISABLED ADVOCACY GROUP, APLC

_____

LYNN HUBBARD, III
Attorney for Plaintiff Larry McIver

Dated: May 27, 2008      JACKSON LEWIS, LLP

_____

HENRY SANCHEZ
Attorney for Defendant Toys 'R' Us - Delware, Inc. dba Toys 'R' Us #5633

IT IS HEREBY JOINTLY REQUESTED, pursuant to settlement and release agreements between plaintiff, LARRY McIVER, and defendant, TOYS 'R' US - DELAWARE, INC. dba TOYS 'R' US #5633 that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41 **as to defendant TOYS 'R' US - DELAWARE, INC. dba TOYS 'R' US #5633 only.**

Nothing in this Joint Motion shall be construed to affect plaintiffs' complaint and claims in the above referenced case against defendant other than defendant TOYS 'R' US - DELAWARE, INC. dba TOYS 'R' US #5633.

Dated: May __, 2008        DISABLED ADVOCACY GROUP, APLC

_____
LYNN HUBBARD, III
Attorney for Plaintiff Larry McIver

Dated: May __, 2008        JACKSON LEWIS, LLP

_____
HENRY SANCHEZ
Attorney for Defendant Toys 'R' Us - Delware, Inc. dba Toys 'R' Us #5633

Joint Motion for Dismissal
of Defendant Toys 'R' Us - Delaware, Inc.            - 2 -            McIver v. Target Corporation, et al.
                                                                      Case No. 08cv0132 IEG (WMc)

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

**CASE NAME:** LARRY McIVER vs. TOYS 'R' US – DELAWARE, INC.

**CASE NUMBER:** 08 CV 0132 IEG (WMc)

I am employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action; my business address is: 725 South Figueroa Street, Suite 2500, Los Angeles, California 90017-5408

On June 6, 2008, I served the foregoing document(s) described as:

### JOINT MOTION FOR DISMISSAL

in this action by placing a true copy thereof in a sealed envelope addressed as follows:

Lynn Hubbard, III
Scottlynn J. Hubbard, IV
DISABLED ADVOCACY GROUP
12 Williamsburg Lane
Chico, CA 95926

Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff
LARRY McIVER

[XX] **BY NOTICE OF ELECTRONIC FILING:**

The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

[XX] **FEDERAL** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 6, 2008 at Los Angeles, California.

*/s/ Christopher Gomez*
**CHRISTOPHER GOMEZ**