1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY McIVER,<br><br>      Plaintiff,<br><br>      vs.<br><br>TARGET CORPORATION dba TARGET #274; COST PLUS, INC. dba COST PLUS WORLD MARKET #145; FRIT ESCONDIDO PROMENADE, LLC; LA SALSA, INC. dba LA SALSA #93; APPLEBEE'S RESTAURANTS WEST, LLC dba APPLEBEE'S NEIGHBORHOOD BAR & GRILL #5711; TOYS 'R' US - DELAWARE, INC. dba TOYS 'R' US #5633; PARTY CITY CORPORATION dba PARTY CITY OF ESCONDID0#445; INLAND WESTERN MDS PORTFOLIO, LLC<br><br>      Defendants. | **CASE NO.: 08 CV 0132 IEG (WMc)**<br><br>**ORDER RE DISMISSAL OF DEFENDANT TOYS 'R' US-DELAWARE, INC., dba TOYS 'R' US #5633** |

1   Having considered the joint motion for dismissal submitted by the parties and good
2   cause having been established, pursuant to Fed. R. Civ. P. 41, this Court hereby dismisses
3   this action with prejudice, as to **Defendant Toys 'R' Us-Delaware, Inc., dba Toys 'R'**
4   **Us #5633 only**.

7   **IT IS SO ORDERED**.

9   DATED: June 6, 2008

    _____
    HONORABLE IRMA E. GONZALEZ
    Chief Judge