1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN, 212970
2  **DISABLED ADVOCACY GROUP, APLC**
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Facsimile:  (530) 894-8244

5  Attorneys for Plaintiff

6

7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

11  LARRY McIVER,                      Case No. 08cv0132 IEG (WMc)

12        Plaintiff,

13  v.                                 **JOINT MOTION FOR DISMISSAL**

14  TARGET CORPORATION, et al.,

15        Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint motion for dismissal                    *McIver v. Target Corporation, et al.*
                                               08cv0132 IEG (WMc)

1  TO THE COURT AND ALL PARTIES:

2     Plaintiff, LARRY McIVER, hereby requests that purusant to FRCP 41 (a)(1),

3  the Court dismiss the above entitled action, with prejudice, **as to defendant**

4  **INLAND WESTERN MDS PORTFOLIO, LLC;** *only*.

5     Nothing in this request shall be construed to affect plaintiff's complaint and

6  claims in the above referenced case against defendants other than defendant

7

8  INLAND WESTERN MDS PORTFOLIO, LLC.

9

10  Dated: June 4, 2008                    DISABLED ADVOCACY GROUP, APLC

11

12

13                                          LYNN HUBBARD, III
                                           Attorney for Plaintiff Larry McIver
14

15

16

17                                          /s/ - Steven C. Shonack, Esq.

18                                          STEVE SHONACK
                                           Attorney for Plaintiff
19                                          Inland Western MDS Portfolio, LLC
20

21

22

23

24

25

26

27

28

1

<u>PROOF OF SERVICE – ECF SERVICE</u>

2

State of California        )

3

                       ) SS.

County of Los Angeles   )

4

5

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 3601 Aviation Boulevard, Suite 2700, Manhattan Beach, California 90266.

6

7

8

     On the date below, I served the foregoing documents described as **JOINT MOTION FOR DISMISSAL** on all interested parties in this action as follows:

9

10

**PLEASE SEE ATTACHED SERVICE LIST**

11

12

13

     Pursuant to Local Rule, I electronically filed the document with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

14

15

16

     Executed on June 9, 2008, at Manhattan Beach, California.

17

18

                     /s/ - Steven C. Shonack

19

                     STEVEN C. SHONACK

20

21

22

23

24

25

26

27

28

1

DEFENDANT INLAND WESTERN MDS PORTFOLIO, LLC'S
SUBSTITUTION OF ATTORNEY OF RECORD

1

## SERVICE LIST

2          McIver v. Target Corporation, et al.
          *USDC Case No. 08 CV 0132 IEG WMc*

3

4    **Lynn Hubbard, III**                    Attorneys for Plaintiff

5    Disabled Advocacy Group, APLC            Larry McIver
     12 Williamsburg Lane

6    Chico, CA 95926

7    (530)895-3252
     (530)894-8244 (fax)

8    usdcso@hubslaw.com

9

10   **George E Fleming**                     Attorneys for Defendant
     Baker and Mackenzie                      Applebee's Restaurants West, LLC

11   101 West Broadway
     Suite 1200

12   San Diego, CA 92101-8213

13   (619)236-1441
     (619)236-0429 (fax)

14   george.e.fleming@bakernet.com

15

16   **Gregory Francis Hurley**               Attorneys for Defendant
     Greenberg Traurig                        Inland Western MDS Portfolio, LLC

17   3161 Michelson Drive

18   Suite 1000
     Irvine, CA 92612

19   949-732-6500

20   949-732-6501 (fax)
     hurleyg@gtlaw.com

21

22   **Merrit M Jones**                       Attorneys for Defendant

23   Cooper White and Cooper                  Cost Plus, Inc.
     201 California Street

24   17th Floor
     San Francisco, CA 94111

25   (415)433-1900

26   mjones@cwclaw.com

27

28
                                     2
       DEFENDANT INLAND WESTERN MDS PORTFOLIO, LLC'S
              SUBSTITUTION OF ATTORNEY OF RECORD

1

2

**Henry L Sanchez**                          Attorneys for Defendant
Jackson Lewis LLP                            Toys 'R' Us - Delaware, Inc.
725 South Figueroa Street

3   Suite 2500

4   Los Angeles, CA 90017-5419
(213)689-0404

5   sanchezh@jacksonlewis.com

6

7   **David F Faustman**                     Attorneys for Defendant
Fox Rothschild LLP                           Party City Corporation

8   1801 Century Park East

9   Suite 1420
Los Angeles, CA 90067

10  (310)556-8756

11  Fax: (310)843-9910
dfaustman@foxrothschild.com

12

13  **Robert Naeve**                         Attorneys for Defendant
Jones Day                                    Target Corporation

14  3 Park Plaza, Suite 1100

15  Irvine, CA 92612
(949) 553-7539 (fax)

16  rnaeve@jonesday.com

17

18

19

20

21

22

23

24

25

26

27

28

3

DEFENDANT INLAND WESTERN MDS PORTFOLIO, LLC'S
SUBSTITUTION OF ATTORNEY OF RECORD

<u>PROOF OF SERVICE – MAIL SERVICE</u>

State of California          )
                             ) SS.
County of Los Angeles   )

    I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 3601 Aviation Boulevard, Suite 2700, Manhattan Beach, California 90266.

    On the date below, I served the foregoing documents described as **JOINT MOTION FOR DISMISSAL** on all interested parties in this action as follows:

| | |
|---|---|
| **Perry Roshan-Zamir** | Attorneys for Defendant |
| La Salsa, Inc. | La Salsa, Inc. |
| 100 Moody Court, Suite 200 | |
| Thousand Oaks, CA 91360 | |
| (805) 495-4704 | |
| (805) 367-0309 (fax) | |

    I served the foregoing document by U.S. Mail, as follows:  I placed true copies of the document in a sealed envelope addressed to each interested party as shown above.  I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Manhattan Beach, California.  I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.  Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

    I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on June 9, 2008, at Manhattan Beach, California.

_____
CHANA MCKAY

4

DEFENDANT INLAND WESTERN MDS PORTFOLIO, LLC'S
SUBSTITUTION OF ATTORNEY OF RECORD