UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY MCIVER,<br><br>        Plaintiff,<br><br>    v.<br><br>INLAND WESTERN MDS PORTFOLIO, LLC, et al.<br><br>        Defendants. | ) USDC No. 08 CV 0132 IEG WMc<br>) Complaint Filed: January 23, 2008<br>)<br>) **ORDER GRANTING JOINT**<br>) **MOTION TO DISMISS INLAND**<br>) **WESTERN MDS PORTFOLIO,**<br>) **LLC**<br>)<br>)<br>)<br>)<br>)<br>) |

For good cause appearing, the Court hereby grants the parties' joint motion to dismiss the case against **Defendant INLAND WESTERN MDS PORTFOLIO, LLC, ONLY**, with prejudice.

IT IS SO ORDERED.

Dated: June 10, 2008

_Irma E. Gonzalez_
Irma E. Gonzalez, Chief Judge
United States District Court

**ORDER GRANTING JOINT MOTION TO DISMISS INLAND WESTERN MDS PORTFOLIO, LLC**