1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  **DISABLED ADVOCACY GROUP, APLC**
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

6

7

8

9

10                        UNITED STATES DISTRICT COURT

11                     SOUTHERN DISTRICT OF CALIFORNIA

12

13  LARRY McIVER,                              Case No. 08cv0132 IEG (WMc)

14        Plaintiff,

15        vs.

16  TARGET CORPORATION dba TARGET        **JOINT MOTION FOR DISMISSAL**
    #274; COST PLUS, INC. dba COST PLUS
17  WORLD MARKET #145; FRIT
    ESCONDIDO PROMENADE, LLC; LA
18  SALSA, INC. dba LA SALSA #93;
    APPLEBEE'S RESTAURANTS WEST, LLC
19  dba APPLEBEE'S NEIGHBORHOOD BAR
    & GRILL #5711; TOYS 'R' US -
20  DELAWARE, INC. dba TOYS 'R' US #5633;
    PARTY CITY CORPORATION dba PARTY
21  CITY OF ESCONDIDO #445; INLAND
    WESTERN MDS PORTFOLIO, LLC,
22
23        Defendants.

24  _____/

25

26

27

28

   Joint Motion for Dismissal                          *McIver v Target Corporation, et al.*
                                    - 1 -               Case No. 08cv0132 IEG (WMc)

1    PURSUANT TO A SETTLEMENT AGREEMENT AND RELEASE, it is hereby

2 jointly requested, by plaintiff, BARBARA HUBBARD, and defendants, FRIT

3 ESCONDIDO PROMENADE; COST PLUS, INC. dba COST PLUS WORLD MARKET;

4 and, LA SALSA, INC. dba LA SALSA # 93 that this Court enter a dismissal with prejudice

5 of plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41.

6    The dismissal with prejudice shall dismiss the action in its entirety.

7

8 Dated:   June 23, 2008                    DISABLED ADVOCACY GROUP, APLC

9

10                                          /s/ Lynn Hubbard III
                                            Lynn Hubbard III
11                                          Attorney for Plaintiff

12

13 Dated:   June 23, 2008                   SCHLICTER & SHONACK, LLP

14

15                                          /s/ Steve Shonack
                                            Steven Shonack
16                                          Attorney for Defendant Frit Escondido
                                            Promenade
17

18 Dated:   June 23, 2008                   COOPER, WHITE & COOPER

19

20                                          /s/ Merritt Jones
                                            Merritt Jones
21                                          Attorney for Defendant Cost Plus, Inc.

22 Dated:   June 23, 2008                   LA SALSA, INC.

23

24                                          /s/ Perry Roshan-Zamir
                                            Perry Roshan-Zamir
25                                          Attorney for Defendant La Salsa, Inc.

26

27

28

Joint Motion for Dismissal                  *McIver v Target Corporation, et al.*
                          - 2 -              Case No. 08cv0132 IEG (WMc)

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF BUTTE

        I, Lynn Hubbard III, am employed in the aforesaid County; I am over the age of 18 years and not a party to the within action; my business address is 12 Williamsburg Lane, Chico, Butte County, California 95926.

        On June 23, 2008, I caused to be served the document(s) described as: **JOINT MOTION FOR DISMISSAL** on the interested parties in this action as follows:

        On all parties identified for Notice of Electronic Filing generated by the Court's CM/ECF filing system under the above referenced case number and case caption on this date in the following manner:

        The following is a procedure in which service of this document was effected:

(xx )   ELECTRONIC SERVICE - by causing the document to be served via the Court's ECF Filing System.

( )     PERSONAL SERVICE - by causing to be delivered such document by hand to the offices of the addressee(s).

        I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: June 23, 2008                _/s/ Lynn Hubbard, III_

                                    Lynn Hubbard, III