# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| LARRY MCIVER, | CASE NO. 08CV00132-IEG-WMc |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DISMISS CASE WITH PREJUDICE** |
| vs. | |
| TARGET CORPORATION, COST PLUS, INC., FRIT ESCONDIDO PROMENADE, LLC, LA SALSA, INC., APPLEBEE'S RESTAURANTS WEST, LLC, TOYS 'R' US - DELAWARE, INC., PARTY CITY CORPORATION, and INLAND WESTERN MDS PORTFOLIO, LLC, | |
| Defendants. | |

Presently before the Court is a joint motion by the parties to dismiss the case with prejudice. For good cause appearing, the motion is granted. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

**DATED: June 24, 2008**

*(signature)*

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**